# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MINNESOTA

-----------------------------------------------------

In re:

Frank Louis Gazzola and Shirley Ann
Gazzola,

                Debtors.

-----------------------------------------------------

Randall L. Seaver, Trustee,

            Plaintiff,

vs.

Frank Louis Gazzola,

            Defendant.

-----------------------------------------------------

BKY No. 01-34638
ADV No. 02-3 046

**COMPLAINT**

       Plaintiff, for his Complaint against Defendant Frank Louis Gazzola, states and alleges
as follows:

      1.     Randall L. Seaver is the duly qualified and acting Trustee in this case.

      2.     This is an action seeking a denial of discharge of the Debtor pursuant to 11 U.S.C.
§727.

      3.     This Court has jurisdiction over this proceeding pursuant to 11 U.S.C. §727, 28
U.S.C. §157 and 28 U.S.C. §1334.

      4.     This case was commenced by the filing of a voluntary petition under Chapter 7
on November 1, 2001. The §341 meeting was held on December 19, 2001.


Filed on 2-19-02
Paid ...
by WB Deputy Clerk

5.     Attached hereto as Exhibit A is a true and correct copy of the Debtor's Statement of Financial Affairs and the Debtor's Schedules.

6.     Gazzola & Company is purported to be a general partnership whose partners are Frank Louis Gazzola and Shirley Ann Gazzola. In the year prior to commencement of this bankruptcy case, a checking account for Gazzola & Co./Frank Gazzola was maintained at Northern Star Bank, checking account number 120000104 ("Gazzola Account"). The Defendant used the Gazzola Account as a depository for personal funds, paid personal obligations from the Gazzola Account and caused transfers to be made from that account in payment of his personal obligations. In reality and effect, the Gazzola Account was the account of and property of Frank Gazzola. It reality and effect, Gazzola & Co. was and is Frank Gazzola.

7.     At item 2 of Schedule B, the Defendant disclosed, as property of the bankruptcy estate, the Gazzola Account. A copy of the Gazzola Account 2001 register is attached hereto as Exhibit B.

8.     The Defendant also maintained a checking account in his name at Northern Star Bank, account number 110000155 ("Frank Gazzola Account").

9.     At item 3 of the statement of financial affairs, Frank Gazzola disclosed payments to Joe Cuomo, Karin Merkert, Clarence Herbst, Wanda OttenBorg, the D'Antoni Trust, Onaga Bank, Olga Cuomo, Nicholas Cuomo, Gabrielle Gazzola, and Samuel Gazzola, as payments made to creditors within relevant time periods. Most of those payments were made from the Gazzola Account.

10.     At item 10 of the Statement of Financial Affairs, Frank Gazzola disclosed certain transfers made in the year prior to commencement of the case.

11.     The Defendant, at Schedule B, did not disclose the ownership of any vehicles, and, at item 14 of the Statement of Financial Affairs, did not disclose any property held for another person, and at Schedule G of the Statement of Financial Affairs, did not disclose any leases.

12.     The Defendant knowingly and fraudulently, and in connection with this bankruptcy case made material omissions, false oaths and accounts in his schedules and statement of financial affairs including, but not limited to, the following:

a.     The Defendant did not disclose transfers to Northern Star Bank of interests in stock owned by Frank Gazzola in Catalytic Combustion Corporation, Northern Star Financial, Inc., and DMC Stratex made within one year prior to commencement of the bankruptcy case.

b.     The Defendant did not disclose that the Debtors were in possession of a Cadillac automobile which Cadillac was one of the same vehicles which the Debtors had disclosed that they had sold pre-petition.

c.     While the Defendant disclosed, as an asset of the estate, the Gazzola Account, and disclosed certain payments made from that account, the Defendant did not disclose hundreds of thousands dollars of other payments which were made from that account in the year prior to commencement of the case including:

i.     The Defendant did not disclose, at item 3(b) of the Statement of Financial Affairs, payments made to various insiders from the Gazzola Account, even though the Debtor did disclose some payments made to some insiders from that account. Included in the undisclosed transfers appear to be transfers made to or for the benefit of "CCC" believed to be Catalytic Combustion Corporation ("CCC"). Frank Gazzola indicated in his Statement of Financial Affairs that he was an officer and director of CCC until approximately July, 2001. According to the Gazzola Account register, a copy of which is attached as Exhibit C, it appears that in excess of $100,000 was paid to "CCC" or for the benefit of CCC in the one year prior to filing. None of those transfers were disclosed.

3

ii.    Frank Gazzola was an officer and director of Northern Star Financial, Inc., the holding company for Northern Star Bank, until, according to the Defendant's Statement of Financial Affairs, approximately August, 2001. According to the Gazzola Account register, substantial monies were paid to North Star Bank in the year prior to filing from the Gazzola Account. None of those payments were disclosed by the Defendant at item 3(b).

d.    Over $100,000 was paid to Northern Star Bank from the Frank Gazzola Account in the year prior to filing. None of those payments were disclosed at item 3(b).

e.    The Defendant did not disclose the apparent sale and transfer of Stratex stock for an apparent amount in excess of $50,000 within one year prior to commencement of this case.

f.    The Defendant did not disclose in the schedules that he was owed wages at the time of filing. On November 2, 2001, one day after this case was filed, the Defendant, apparently deposited a check for over $2,300 into the Frank Gazzola Account which was apparently a payment to the Defendant from Phenix, of salary.

g.    The Defendant did not disclose ownership of a treadmill, stationery bikes, bicycles, and antique school seats.

h.    The Defendant did not disclose, at item 2 of the statement of financial affairs, all interest received in 2001, including apparently over $2,000 on the Richard Lundin note.

i.    The Defendant did not disclose a transfer to Merchants State Bank of Lewisville in July, 2001 of an interest in a stock certificate for Phenix Composites, Inc.

13.    The Trustee believes and alleges that Gazzola & Co. is one and the same as Frank Gazzola and that the Gazzola Account was, at all relevant times, in reality, an account of Defendant Frank Gazzola as indicated by the foregoing paragraphs, and the Trustee believes and alleges that the disclosures set forth in paragraph 12c were required to be made in the Defendant's Schedules and Statement of Financial Affairs.

4

14.     If Gazzola & Co. and Frank Gazzola had not been one and the same, and if the Gazzola Account was not in reality an account of Frank Gazzola, then Frank Gazzola would have had to disclose in the Statement of Financial Affairs all transfers that he made to the supposed partnership of Gazzola & Co. in the year prior to filing. Those transfers, according to the Gazzola Account register exceeded $1 million. No such transfers were disclosed.

15.     At the December 19, 2001 Chapter 7 §341 meeting the Defendant made various false statements while under oath, including, but not limited to the following:

a.     When the Debtor was asked about transfers made in the year prior to filing, he did not disclose the transfers to Northern Star Bank of interests in stock and by him, nor did he disclose hundreds of thousands of dollars in transfers from the Gazzola Account to Northern Star Bank.

b.     The Defendant testified that, with minor exceptions, all of the information contained in his petition, schedules, statements, and related documents was true and correct. That testimony was false.

c.     The Defendant testified that he had not turned certain stock certificates over to creditors named Sanford. That testimony was false.

d.     The Defendant testified that he owned no antiques. That testimony was false.

e.     When questioned about a $40,000 note owed by Richard Lundin, which was purportedly assigned to the his daughter, Nancy Hines, and son-in-law, David Hines on July 6, 2001, the Defendant indicated that he had almost certainly received payment before the assignment, probably in April or May, 2001. The Defendant's records reflect a deposit of over $42,000 into the Frank Gazzola account on July 25, 2001, with the notation "Lundin." Copies of the relevant register and bank statements are attached hereto as Exhibit C. The Defendant's statements regarding the purported assignment and payment of the note were false.

16.     The above-described actions and inactions of the Defendant constitute violations of 11 U.S.C. §727(a)(4).

5

WHEREFORE, the Trustee seeks an order of this Court granting the following relief:

1.    That the discharge of Frank Louis Gazzola be denied pursuant to 11 U.S.C. §727;

2.    That the court grant such other and further relief as may be just and equitable.

FULLER, SEAVER & RAMETTE, P.A.

Dated: February ____, 2001

By:_____
      Randall L. Seaver              152882
      12400 Portland Avenue South, Suite 132
      Burnsville, MN 55337
      (952) 890-0888

Attorneys for Plaintiff

# United States Bankruptcy Court
## DISTRICT OF MINNESOTA

FRANK LOUIS GAZZOLA & SHIRLEY ANN GAZZOLA

In re _____  Case No. 01-34638
_____Debtor_____         _____(If known)_____

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts from Schedules D, E, and F to determine the total amount of the debtor's liabilities.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | YES | 1 | $ 535,000.00 | | |
| B - Personal Property | YES | 4 | $ 403,165.26 | | |
| C - Property Claimed As Exempt | YES | 1 | | | |
| D - Creditors Holding Secured Claims | YES | 8 | | $ 8,953,634.00 | |
| E - Creditors Holding Unsecured Priority Claims | YES | 1 | | $ 0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | YES | 8 | | $ 1,985,180.00 | |
| G - Executory Contracts and Unexpired Leases | YES | 1 | | | |
| H - Codebtors | YES | 1 | | | |
| I - Current Income of Individual Debtor(s) | YES | 1 | | | $ 13,007.00 |
| J - Current Expenditures of Individual Debtor(s) | YES | 1 | | | $ 9,352.00 |
| Total Number of Sheets in ALL Schedules ▶ | | 27 | | | |
| Total Assets ▶ | | | 938,165.26 | | |
| Total Liabilities ▶ | | | | 10,938,814.00 | |

EXHIBIT A

FRANK LOUIS GAZZOLA & SHIRLEY ANN GAZZOLA

Case No _____ 01-34638 _____

In re _____
　　　　　　　Debtor

(if known)

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a co-tenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, or both own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| HOMESTEAD LOCATED AT 1700 MARY LANE, NO MANKATO, MN LEGALLY DESCRIBED AS: SEE ATTACHMENT | | J | 535,000.00 | 418,250.00 |
| | | Total ▶ | 535,000.00 | |

(Report also on Summary of Schedules)

Bankruptcy2001 ©1991-2001, New Hope Software, Inc. ver. 3.1.6-513    20943

FRANK LOUIS GAZZOLA
SHIRLEY ANN GAZZOLA

ATTACHMENT TO SCHEDULES A AND C

LEGAL DESCRIPTION OF HOMESTEAD:

LOTS ELEVEN (11) AND TWELVE (12), SUBDIVISION OF BLOCK FOUR (4) OF
HODAPP'S ADDITION, NORTH MANKATO, MINNESOTA, ACCORDING TO THE
PLAN THEREOF ON FILE AND OF RECORD IN THE OFFICE OF THE COUNTY
RECORDER WITHIN AND FOR NICOLLET COUNTY, MINNESOTA.

FRANK LOUIS GAZZOLA & SHIRLEY ANN GAZZOLA

Case No. 01-34638

In re _____
　　　　　Debtor

(if known)

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "X" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, or both own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1. Cash on hand. | | CASH ON HAND | J | 375.00 |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | NORTHERN STAR BANK CHECKING ACCOUNT 0110000155 | H | 663.50 |
| | | NORTHERN STAR BANK CHECKING ACCOUNT 0110000163 | W | 159.15 |
| | | TCF CHECKING ACCOUNT 7851987914 | H | 25.00 |
| | | NORTHERN STAR BANK GAZZOLA & CO CHECKING ACCOUNT 120000104 | J | 80.43 |
| | | US BANK - GAZZOLA & CO. CHECKING ACCOUNT 144510598531 | J | 375.56 |
| | | WELLS FARGO CHECKING ACCOUNT 201-5136203 | W | 22.62 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |

Bankruptcy2001 ©1991-2001 New Hope Software, Inc. ver. 3.10.554 - 20593

In re — FRANK LOUIS GAZZOLA & SHIRLEY ANN GAZZOLA

Debtor

Case No. — 01-34638

(if known)

# SCHEDULE B - PERSONAL PROPERTY
## (Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 4.   Household goods and furnishings, including audio, video, and computer equipment. | | HOUSEHOLD GOODS/FURNISHINGS | J | 5,000.00 |
| 5.   Books. Pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | | BOOKS/COLLECTIONS | J | 850.00 |
| 6.   Wearing apparel. | | WEARING APPAREL | J | 1,000.00 |
| 7.   Furs and jewelry. | | TWO WATCHES - $500.00; WEDDING RINGS $1,000.00 | J | 1,500.00 |
| 8.   Firearms and sports, photographic, and other hobby equipment. | | GOLF CLUBS | H | 350.00 |
| 9.   Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | PRUDENTIAL LIFE INSURANCE POLICY V0314273 - GROUP TERM | H | 1,730.00 |
| | | DEPT OF VETERANS AFFAIRS LIFE INSURANCE POLICY WITH A LOAN OF $6,410.00 | H | 8,000.00 |
| 10.   Annuities. Itemize and name each issuer. | X | | | |
| 11.   Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Itemize. | | IRA AT SCHWAB - ACCOUNT NO. 3597-9379 | H | 9,600.00 |
| | | CATALYTIC COMBUSTION 401(k) | H | 34,884.00 |
| 12.   Stock and interests in incorporated and unincorporated businesses. Itemize. | | MANKATO GOLF CLUB MEMBERSHIP | H | 250.00 |
| | | SEE STATEMENT OF FINANCIAL AFFAIRS FOR TRANSFERS OF STOCK AND OTHER INTERESTS | | 0.00 |

FRANK LOUIS GAZZOLA & SHIRLEY ANN GAZZOLA

Case No. 01-34638

In re _____

Debtor

(if known)

# SCHEDULE B - PERSONAL PROPERTY
## (Continuation Sheet)

| TYPE OF PROPERTY | N≡F | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 13. Interests in partnerships or joint ventures. Itemize. | | 200 SHARES FRANK L. GAZZOLA, LTD. | | 0.00 |
| 14. Government and corporate bonds and other negotiable and non-negotiable instruments. | | BRIDGE LENDERS, LLC $100,000.00 NOTE DATED MAY 22, 2001 | H | 100,000.00 |
| | | RANDY & KATHLEENLEONHARDT NOTE AND MORTGAGE | H | 227,800.00 |
| | | LOAN TO PAT FREDERICKS AND MARY JANE ALM - MAY 6, 1994. MAY BE BANNED BY STATUTE OF LIMITATIONS | | 10,000.00 |
| 15. Accounts receivable. | X | | | |
| 16. Alimony, maintenance, support, and property settlement to which the debtor is or may be entitled. Give particulars. | X | | | |
| 17. Other liquidated debts owing debtor including tax refunds. Give particulars. | X | | | |
| 18. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule of Real Property. | X | | | |
| 19. Contingent and noncontingent interests in estate or a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 20. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights of setoff claims. Give estimated value of each. | X | | | |
| 21. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 22. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |

Bankruptcy 2001 ©1991-2001 New Hope Software Inc., ver. 3.10-534 - 30593

In re FRANK LOUIS GAZZOLA & SHIRLEY ANN GAZZOLA

Debtor

Case No. 01-34638

(if known)

# SCHEDULE B - PERSONAL PROPERTY
## (Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 23. Automobiles, trucks, trailers, and other vehicles and accessories. | X | | | |
| 24. Boats, motors, and accessories. | X | | | |
| 25. Aircraft and accessories. | X | | | |
| 26. Office equipment, furnishings, and supplies. | X | | | |
| 27. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 28. Inventory. | X | | | |
| 29. Animals. | X | | | |
| 30. Crops - growing or harvested. Give particulars. | X | | | |
| 31. Farming equipment and implements. | X | | | |
| 32. Farm supplies, chemicals, and feed. | X | | | |
| 33. Other personal property of any kind not already listed. | | BABE RUTH AUTOGRAPH (VALUE A GUESS, NEVER HAS BEEN APPRAISED) | H | 500.00 |

0
—— continuation sheets attached

Total ▶ | $ | 403,165.26

(Include amounts from any continuation sheets attached. Report total also on Summary of Schedules)

FORM B6C
(6/90)

FRANK LOUIS GAZZOLA & SHIRLEY ANN GAZZOLA

In re ――――――――――――――――――――――――――――――――
                     Debtor

Case No. 01-34638
                    (if known)

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor elects the exemption to which debtor is entitled under

(Check one box)

☐ 11 U.S.C. §522(b)(1)   Exemptions provided in 11 U.S.C. §522(d).  Note:  These exemptions are available only in certain states.

☑ 11 U.S.C. §522(b)(2)   Exemptions available under applicable nonbankruptcy federal laws, state or local law where the debtor's domicile has
been located for the 180 days immediately preceding the filing of the petition, or for a longer portion of the 180-day
period than in any other place, and the debtor's interest as a tenant by the entirety or joint tenant to the extent the
interest is exempt from process under applicable nonbankruptcy law.

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT MARKET VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTIONS |
|---|---|---|---|
| HOMESTEAD LOCATED AT 1700 MARY LANE, NO MANKATO, MN LEGALLY DESCRIBED AS:  SEE ATTACHMENT | (Husb)M.S.A. § 510.01<br>(Wife)M.S.A. § 510.01 | 58,900.00<br>58,900.00 | 535,000.00 |
| HOUSEHOLD GOODS/FURNISHINGS | (Husb)MS § 550.37(4)(b)<br>(Wife)MS § 550.37(4)(b) | 2,500.00<br>2,500.00 | 5,000.00 |
| BOOKS/COLLECTIONS | (Husb)MS § 550.37(4)(b)<br>(Wife)MS § 550.37(4)(b) | 425.00<br>425.00 | 850.00 |
| WEARING APPAREL | (Husb)MS § 550.37(4)(a)<br>(Wife)MS § 550.37(4)(a) | 500.00<br>500.00 | 1,000.00 |
| PRUDENTIAL LIFE INSURANCE POLICY V0314273 - GROUP TERM | (Husb)MS § 550.37(24) | 1,730.00 | 1,730.00 |
| DEPT OF VETERANS AFFAIRS LIFE INSURANCE POLICY WITH A LOAN OF $6,410.00 | (Husb)MS § 550.37(24) | 5,470.00 | 8,000.00 |
| IRA AT SCHWAB - ACCOUNT NO. 3597-9379 | (Husb)MS § 550.37(24) | 9,600.00 | 9,600.00 |
| CATALYTIC COMBUSTION 401(k) | (Husb)MS § 550.37(24) | 34,884.00 | 34,884.00 |

FRANK LOUIS GAZZOLA
SHIRLEY ANN GAZZOLA

ATTACHMENT TO SCHEDULES A AND C


LEGAL DESCRIPTION OF HOMESTEAD:

LOTS ELEVEN (11) AND TWELVE (12), SUBDIVISION OF BLOCK FOUR (4) OF
HODAPP'S ADDITION, NORTH MANKATO, MINNESOTA, ACCORDING TO THE
PLAN THEREOF ON FILE AND OF RECORD IN THE OFFICE OF THE COUNTY
RECORDER WITHIN AND FOR NICOLLET COUNTY, MINNESOTA.

## SUPPLEMENT TO SCHEDULE D

On the following pages of Schedule D, Debtors have listed the value of the collateral as $0.00. Debtors cannot accurately determine the value of the assets which comprise the collateral. Below is a description of the collateral securing some of the Schedule D creditors. Most of the assets listed below are not included on Schedule B since they have been transferred as part of the "Ferguson/Baker" settlement in July, 2001.

| Stocks | Shares |
|---|---|
| Catalytic Combustion Corporation | 1,840.8 |
| DMC Stratex Networks | 51,000 |
| Frank L. Gazzola, Chartered | 200 |
| Northern Star Financial, Inc. | 32,700 |
| Phenix Biocomposites, Inc. | 18,936 |
| Phenix Biocomposites, LLC | 104,029.71 |
| Phenix Composites, Inc. | 35,117 |

Other

| | |
|---|---|
| PBL Investments LLP | 10% |
| Phenix Biocomposites, LLC-Debentures | $ 470,000 |
| Phenix Biocomposites, LLC-Notes Receivable | $ 500,000 |

FRANK LOUIS GAZZOLA & SHIRLEY ANN GAZZOLA                    01-34638

In re _____                    Case No. _____
                          Debtor                                    (if known)

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and account number, if any, of all entities holding claims secured by property of the debtor as of the date of filing of the petition. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests. List creditors in alphabetical order to the extent practicable. If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns).

Report total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

☐   Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND MARKET VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>BORG WANDA OTTEN<br>6145 WOODSIDE SE<br>SALEM OR 97306 | | | Security: PLEDGE AGREEMENT<br><br><br><br>Value $                 0.00 | | | | 148,000.00 | 148,000.00 |
| ACCOUNT NO.<br><br>CUOMO JOSEPH<br>4 GLADYS DRIVE<br>SPRING VALLEY NY 10977 | | | Security: PLEDGE AGREEMENT<br><br><br><br>Value $                 0.00 | | | | 75,000.00 | 75,000.00 |
| ACCOUNT NO.<br><br>CUOMO NICHOLAS & EILEEN<br>935 GLENWOOD<br>WEST HEMPSTEAD NY 11552 | | | Security: PLEDGE AGREEMENT<br><br><br><br>Value $                 0.00 | | | | 120,000.00 | 120,000.00 |
| ACCOUNT NO.<br><br>CUOMO OLGA & PAT<br>935 CLEVELAND<br>WEST HEMPSTEAD NY 11552 | | | Security: PLEDGE AGREEMENT<br><br><br><br>Value $                 0.00 | | | | 100,000.00 | 100,000.00 |

Bankruptcy2000 ©1991-2001 New Hope Software, Inc. ver. 3.1.0-534 - 30/93

___7___ Continuation sheets attached

Subtotal ▶ | $ 443,000.00
(Total of this page)

Total ▶ | $
(Use only on last page)

(Report total also on Summary of Schedules)

In re FRANK LOUIS GAZZOLA & SHIRLEY ANN GAZZOLA
_____
Debtor

Case No. 01-34638
_____
(if known)

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND MARKET VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> GRENHAGEN MARGARET <br> 6721 - 17TH AVENUE SO <br> RICHFIELD MN 55423 | | | Security: PLEDGE AGREEMENT <br><br><br> Value $      0.00 | | | | 19,500.00 | 19,500.00 |
| ACCOUNT NO. <br><br> HALL SHIRLEY <br> 64 WALDEN <br> BURNSVILLE MN 55337 | | | Security: PLEDGE AGREEMENT <br><br><br> Value $      0.00 | | | | 609,550.00 | 609,550.00 |
| ACCOUNT NO. <br><br> HERBST CLARENCE & ELDRED <br> PO BOX 244 <br> LAKE CRYSTAL MN 56055 | | | Security: PLEDGE AGREEMENT <br><br><br> Value $      0.00 | | | | 250,000.00 | 250,000.00 |
| ACCOUNT NO. <br><br> HINES NANCY & DAVID <br> 629 NO OAK PARK AVE <br> OAK PARK IL 60302 | | | Security: SEE ATTACHED <br><br><br> Value $      0.00 | | | | 513,000.00 | 513,000.00 |
| ACCOUNT NO. <br><br> HODAPP LEONE <br> 420 EAST MAIN <br> MANKATO MN 56001 | | | Security: PLEDGE AGREEMENT <br><br><br> Value $      0.00 | | | | 21,130.00 | 21,130.00 |

Sheet no. __1__ of __7__ sheets attached to Schedule of Creditors

Subtotal ▶ $ 1,413,180.00
(Total of this page)

Total ▶ $
(Use only on last page)

(Report total also on Summary of Schedules)

Bankruptcy2001 ©1991-2001 New Hope Software, Inc. ver. 3.1.0-534 - 30963

FORM B6D
(10/89)

In re FRANK LOUIS GAZZOLA & SHIRLEY ANN GAZZOLA     Case No. 01-34638
                              Debtor                              (if known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND MARKET VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>HOLTZ JOYCE ON BEHALF OF D'ANTONI FAMILY TRUST<br>38 CREE POINT DRIVE<br>MANKATO MN 56001 | | | Security: PLEDGE AGREEMENT<br><br>Value $ 0.00 | | | | 475,700.00 | 475,700.00 |
| ACCOUNT NO.<br>JANZEN JOAN<br>112968 STONE CREEK DRIVE<br>CHASKA MN 55318 | | | Security: PLEDGE AGREEMENT<br><br>Value $ 0.00 | | | | 24,600.00 | 24,600.00 |
| ACCOUNT NO.<br>JULIAR DARRELL & JUNE<br>59860 - 172ND STREET<br>MANKATO MN 56001 | | | Security: PLEDGE AGREEMENT<br><br>Value $ 0.00 | | | | 182,000.00 | 182,000.00 |
| ACCOUNT NO.<br>KSA ARCHITECTS 401(k) TRUST<br>520 SO 2ND<br>MANKATO MN 56001 | | | Security: 373,334 SHARES OF CATALYTIC COMBUSTIION CORP., LIFE INSURANCE DEATH BENEFIT ASSIGNED IN THE AMOUNT OF $500,000.00<br>LIFE INSURANCE DEATH BENEFIT ASSIGNED TO KSA $500,000.00<br>Value $ 0.00 | | | | 909,827.00 | 909,827.00 |
| ACCOUNT NO.<br>LARSON MEL & JOYCE<br>PO BOX 245<br>UPSALA MN 56384 | | | Security: PLEDGE AGREEMENT<br><br>Value $ 0.00 | | | | 132,250.00 | 132,250.00 |

Sheet no. 2 of 7 sheets attached to Schedule of Creditors

Subtotal ▶ (Total of this page) $ 1,724,377.00

Total ▶ (Use only on last page) $

(Report total also on Summary of Schedules)

In re FRANK LOUIS GAZZOLA & SHIRLEY ANN GAZZOLA

Debtor

Case No. 01-34638

(if known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND MARKET VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> LUNDHAGEN ERIC & KENDRA <br> 1004 OAK TERRACE <br> NO MANKATO MN 56003 | | | Security: PLEDGE AGREEMENT <br><br><br> Value $ 0.00 | | | | 12,600.00 | 12,600.00 |
| ACCOUNT NO. <br><br> MAIERS DOROTHY <br> 325 PAGE AVENUE NO <br> NO MANKATO MN 56003 | | | Security: PLEDGE AGREEMENT <br><br><br> Value $ 0.00 | | | | 10,000.00 | 10,000.00 |
| ACCOUNT NO. <br><br> MEISEL BURTON & PATT <br> 105 WEST GLENCREST <br> MANKATO MN 56001 | | | Security: PLEDGE AGREEMENT <br><br><br> Value $ 0.00 | | | | 31,900.00 | 31,900.00 |
| ACCOUNT NO. <br><br> MERKERT KARIN <br> 3229 LESLIE <br> COLORADO SPRINGS CO 80909 | | | Security: PLEDGE AGREEMENT <br><br><br> Value $ 0.00 | | | | 83,000.00 | 83,000.00 |
| ACCOUNT NO. <br><br> MICHEL MARY FAITH <br> 3296 HWY 201 SOUTH <br> MOUNTAIN HOME AR 72653 | | | Security: PLEDGE AGREEMENT <br><br><br> Value $ 0.00 | | | | 45,700.00 | 45,700.00 |

Sheet no. 3 of 7 sheets attached to Schedule of Creditors

Subtotal ▶ $ 183,200.00
(Total of this page)

Total ▶ $
(Use only on last page)

(Report total also on Summary of Schedules)

Bankruptcy2001 ©1991-2001 New Hope Software, Inc. ver. 3.0.6-521 - 19534

In re FRANK LOUIS GAZZOLA & SHIRLEY ANN GAZZOLA

Debtor

Case No. 01-34638

(if known)

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODE BTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND MARKET VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>MIDDLETON MARCIA & DON<br>21109 VIRGINIA PINE TERRACE<br>GERMANTOWN MD 20876 | | | Security: PLEDGE AGREEMENT<br><br>Value $          0.00 | | | | 374,200.00 | 374,200.00 |
| ACCOUNT NO.<br>MILLER JOAN<br>ROUTE 1, BOX 129<br>LE SUEUR MN 56058 | | | Security: PLEDGE AGREEMENT<br><br>Value $          0.00 | | | | 208,540.00 | 208,540.00 |
| ACCOUNT NO.<br>MILLER WILLIAM & MARY<br>ROUTE 1, BOX 499<br>MADISON LAKE MN 56063 | | | Security: PLEDGE AGREEMENT<br><br>Value $          0.00 | | | | 152,600.00 | 152,600.00 |
| ACCOUNT NO.<br>NOLAN PETER & MARY<br>141 WEST GLENCREST<br>MANKATO MN 56001 | | | Security: PLEDGE AGREEMENT<br><br>Value $          0.00 | | | | 82,400.00 | 82,400.00 |
| ACCOUNT NO.<br>NORGAARD LOREN & DIANE<br>451 LAKE AVE SO<br>SPICER MN 56288 | | | Security: BABE RUTH AUTOGRAPH - SECURITY AGREEMENT - SEE ATTACHED<br><br>Value $          0.00 | | | | 526,000.00 | 526,000.00 |

Sheet no. __4__ of __7__ sheets attached to Schedule of Creditors

Subtotal ▶     $    1,343,740.00
(Total of this page)

Total ▶     $
(Use only on last page)

(Report total also on Summary of Schedules)

In re FRANK LOUIS GAZZOLA & SHIRLEY ANN GAZZOLA

Debtor

Case No. 01-34638

(if known)

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND MARKET VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 22990881 <br><br> NORTHERN STAR BANK <br> 1650 MADISON AVENUE <br> MANKATO MN 56001 | | J | Security: HOMESTEAD LOCATED AT 1700 MARY LANE, NO MANKATO, MN LEGALLY DESCRIBED AS: IN NICOLLET COUNTY, MINNESOTA <br><br> Value $ 535,000.00 | | | | 20,250.00 | 0.00 |
| ACCOUNT NO. 22990732 <br><br> NORTHERN STAR BANK <br> 1650 MADISON AVENUE <br> MANKATO MN 56001 | | | Security: 51000 SHARES DMC STRATEX, 32700 SHARES OF NORTHERN STAR FINANCIAL, 1467-466 SHARES OF CATALYTIC COMBUSTION CORP <br><br> Value $ 0.00 | | | | 750,000.00 | 750,000.00 |
| ACCOUNT NO. 22990731 <br><br> NORTHERN STAR BANK <br> 1650 MAIDSON AVE <br> MANKATO MN 56001 | | | Security: SEE LOAN 22990732 <br><br><br> Value $ 0.00 | | | | 475,000.00 | 475,000.00 |
| ACCOUNT NO. <br><br> PEIL HOWARD & VIRGINIA <br> 22822 - 214TH WAY <br> QUEEN CREEK AZ 85242 | | | Security: PLEDGE AGREEMENT <br><br><br> Value $ 0.00 | | | | 64,200.00 | 64,200.00 |
| ACCOUNT NO. <br><br> REEMER DONALD <br> 605 PARK AVENUE <br> MOUNTAIN HOME AR 72653 | | | Security: PLEDGE AGREEMENT <br><br><br> Value $ 0.00 | | | | 93,440.00 | 93,440.00 |

Sheet no. 5 of 7 sheets attached to Schedule of Creditors

Subtotal ▶ $ 1,402,890.00
(Total of this page)

Total ▶ $
(Use only on last page)

(Report total also on Summary of Schedules)

In re FRANK LOUIS GAZZOLA & SHIRLEY ANN GAZZOLA

Debtor

Case No. 01-34638

(if known)

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND MARKET VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> REEMER WILLIAM <br> 106 NO. BLACKEAGLE DRIVE <br> MANKATO MN 56001 | | | Security: PLEDGE AGREEMENT <br><br><br> Value $ 0.00 | | | | 58,350.00 | 58,350.00 |
| ACCOUNT NO. <br><br> RICHARDS THOMAS <br> C/O JONES METAL PROD <br> 3201 - 3RD AVENUE <br> MANKATO MN 56001 | | | Security: PLEDGE AGREEMENT <br><br><br> Value $ 0.00 | | | | 424,175.00 | 424,175.00 |
| ACCOUNT NO. <br><br> RIVARD DICK <br> 3589 KAHALA BAY LANE <br> LAS VEGAS NV 89147 | | | Security: PLEDGE AGREEMENT <br><br><br> Value $ 0.00 | | | | 118,200.00 | 118,200.00 |
| ACCOUNT NO. <br><br> ROBINSON TERRY & CONNIE <br> PO BOX 1215 <br> MANKATO MN 56002 | | | Security: PLEDGE AGREEMENT <br><br><br> Value $ 0.00 | | | | 24,040.00 | 24,040.00 |
| ACCOUNT NO. <br><br> SANFORD RAY & DOROTHY <br> 27 RIDGEWOOD <br> MANKATO MN 56001 | | | Security: PLEDGE AGREEMENT - 1995 <br><br><br> Value $ 0.00 | | | | 1,268,070.00 | 1,268,070.00 |

Sheet no. 6 of 7 sheets attached to Schedule of Creditors

Subtotal ▶
(Total of this page) $ 1,892,835.00

Total ▶
(Use only on last page) $

(Report total also on Summary of Schedules)

Bankruptcy2001 ©1991-2001 New Hope Software, Inc. ver 3.10.5-541 - 30583

In re FRANK LOUIS GAZZOLA & SHIRLEY ANN GAZZOLA

Debtor

Case No. 01-34638
(if known)

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND MARKET VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>SHUPANITZ JOANNE<br>499 SOUTH OAK DRIVE<br>ANAMOSA IA 52205 | | | Security: PLEDGE AGREEMENT<br><br><br>Value $ 0.00 | | | | 69,210.00 | 69,210.00 |
| ACCOUNT NO.<br><br>STEWART ALAN<br>494 ESTADO WAY<br>NOVATO CA 94945 | | | Security: PLEDGE AGREEMENT - SEE ATTACHED<br><br>Value $ 0.00 | | | | 47,390.00 | 47,390.00 |
| ACCOUNT NO.<br><br>THOMPSON JOAN<br>3808 EAST LAKE BURGEN RD<br>ALEXANDRIA MN 56308 | | | Security: PLEDGE AGREEMENT<br><br><br>Value $ 0.00 | | | | 18,260.00 | 18,260.00 |
| ACCOUNT NO.<br><br>URE LYN<br>921 CHARLES AVENUE<br>MANKATO MN 56001 | | | Security: PLEDGE AGREEMENT<br><br><br>Value $ 0.00 | | | | 17,552.00 | 17,552.00 |
| ACCOUNT NO. 0403087631<br><br>WASHINGTON MUTUAL HOME LOANS, INC.<br>PO BO X3139<br>MILWAUKEE WI 53201 | | J | Security: HOMESTEAD LOCATED AT 1700 MARY LANE, NO MANKATO, MN LEGALLY DESCRIBED AS: IN NICOLLET COUNTY, MINNESOTA<br><br>Value $ 535,000.00 | | | | 398,000.00 | 0.00 |

Sheet no. 7 of 7 sheets attached to Schedule of Creditors

Subtotal ▶ $ 550,412.00
(Total of this page)

Total ▶ $ 8,953,634.00
(Use only on last page)

(Report total also on Summary of Schedules)

## SUPPLEMENT TO SCHEDULE D

1. On July 2, 2001, Frank Gazzola assigned to Loren Norgaard a $100,000.00 promissory note dated May 22, 2001 issued by Bridge Lenders, LLC. The original principal amount is $100,000.00.

2. On July 12, 2001, Frank and Shirley Gazzola "pledged" the following securities:

| Certificate Number | Issuer | No. of Shares |
|---|---|---|
| 9223 | DMC Stratex Networks fka Digital Microwave Corp. | 2,500 |
| 9377 | DMC Stratex Networks fka Digital Microwave Corp. | 8,000 |
| 9378 | DMC Stratex Networks fka Digital Microwave Corp. | 8,000 |
| 9394 | DMC Stratex Networks fka Digital Microwave Corp. | 5,000 |
| 9389 | DMC Stratex Networks fka Digital Microwave Corp. | 5,000 |
| 21 | Catalytic Combustion Corp. | 373.334 |
| 55 | Catalytic Combustion Corp. | 30.8 |
| 57 | Catalytic Combustion Corp. | 400 |
| 59 | Catalytic Combustion Corp. | 1,036.666 |

were pledged to the individuals on the attached Exhibit D-1. A copy of the Pledge Agreement will be provided to the trustee.

3. On December 29, 1995, Debtors executed a security agreement – pledge of shares in favor of Raymond A. Sanford and Dorothy M. Sanford covering the following securities:

| Certificate Number | Issuer | No. of Shares |
|---|---|---|
| Various | Innova | 2,931,632 |

These shares were returned to Frank L. Gazzola on August 12, 1997.

| Certificate Number | Issuer | No. of Shares |
|---|---|---|
| Various | RHO Delta, Inc. | 82.56 |
| 16 & 35 | Phenix Biocomposites, Inc. | 22,972 |
| 2 & 34 | SGL, Inc. | 46,247 |

4. On July 2, 2001, Debtors executed a Pledge Agreement in favor of Loren Norgaard and Diane Norgaard covering the same securities described in paragraph 2 above.

5. On July 6, 2001, Debtors executed a Pledge Agreement in favor of David Hines and Nancy Hines (Nancy Hines is Debtors' daughter) for all common stock of Northern Star Financial, DMC Stratex fka Digital Microwave Corp., Catalytic Combustion Corp., all equity interest in and all subordinated debentures issued by Phenix Biocomposites, LLC, that certain promissory note in the amount of $100,000.00 due May 22, 2002 executed by Bridge Lenders, LLC, a $40,000.00 promissory note executed January 23, 2001 due June 30, 2001 executed by Richard Lundin.

# PLEDGE AGREEMENT

THIS PLEDGE AGREEMENT, made and entered into as of this 12th day of July, 2001, by and between FRANK L. GAZZOLA and SHIRLEY A. GAZZOLA ("Pledgors") and MARK BAUMANN ("Pledgee"), as agent for the following (collectively, "Pledgee's Principals"):

Wanda Otten Borg
6145 Woodside S.E.
Salem, OR 97306

Joseph Cuomo
4 Gladys Drive
Spring Valley, NY 10977

Nicholas & Eileen Cuomo
935 Glenwood
West Hempstead, NY 11552

Olga & Pat Cuomo
935 Cleveland
West Hempstead, NY 11552

Margaret Grenhagen
6721 – 17th Avenue So.
Richfield, MN 55423

Shirley Hall
64 Walden
Burnsville, MN 55337

Clarence & Eldred Herbel
P.O. Box 244
Lake Crystal, MN 56055

Leone Hodapp
420 East Main
Mankato, MN 56001

Joyce Holtz, on behalf of the
D'Antoni Family Trust
38 Cree Point Drive
Mankato, MN 56001

Joan Janzen
112968 Stone Creek Drive
Chaska, MN 55318

Darrell & June Juliar
59860 172nd Street
Mankato, MN 56001

Kevin & Donna Killion
Route 2, Box 174
No. Mankato, MN 56003

Mel & Joyce Larson
P.O. Box 245
Upsala, MN 56384

Eric & Kendra Lundhagen
1004 Oak Terrace
No. Mankato, MN 56003

Dorothy Maiers
325 Page Avenue No.
No. Mankato, MN 56003

Burton & Patt Meisel
105 West Glencrest
Mankato, MN 56001

Karin Merkert
3229 Leslie
Colorado Springs, CO 80909

Mary Faith Michel
3296 Hwy 201 South
Mountain Home, AR 72653

Marcia & Don Middleton
21109 Virginia Pine Terrace
Germantown, MD 20876

Joan Miller
Route 1, Box 129
Le Sueur, MN 56058

William & Mary Miller
Route 1, Box 499
Madison Lake, MN 56063

Peter & Mary Nolan
141 West Glencrest
Mankato, MN 56001

Howard & Virginia Peil
22822 – 214th Way
Queen Creek, AZ 85242

Donald Reemer
605 Park Avenue
Mountain Home, AR 72653

Thomas Richards
1118 Lori Lane
Mankato, MN 56001

Terry & Connie Robinson
P.O. Box 1215
Mankato, MN 56002

Dick Rivard
3589 Kahala Bay Lane
Las Vegas, NV 89147

Ray & Dorothy Sanford
27 Ridgewood
Mankato, MN 56001

Joanne Shupanitz
499 South Oak Drive
Anamosa, IA 52205

Alan Stewart
494 Estado Way
Novato, CA 94945

Joan Thompson
3808 East Lake Burgen Road
Alexandria, MN 56308

Lyn Ure
921 Charles Avenue
Mankato, MN 56001

William Reemer
106 N. Black Eagle Drive
Mankato, MN 56001

**EXHIBIT** D 1

In re  **FRANK LOUIS GAZZOLA & SHIRLEY ANN GAZZOLA**         Case No. ___01-34638___

_____                              _____
Debtor                                                                        (if known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name and mailing address, including zip code, and account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of this petition.

If any entity other than a spouse in a joint case may be liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns).

Report total of all claims listed on each sheet in the box labeled "Subtotal" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Repeat this total also on the Summary of Schedules.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

## TYPES OF PRIORITY CLAIMS (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(2).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $4,650* per person earned within 90 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C § 507(a)(3).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Certain farmers and fishermen**

Claims of farmers and fishermen, up to $4,650* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(5).

☐ **Deposits by individuals**

Claims of individuals up to $2,100* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(6).

☐ **Alimony, Maintenance, or Support**

Claims of a spouse, former spouse, or child of the debtor for alimony, maintenance, or support, to the extent provided in 11 U.S.C. § 507(a)(7).

☐ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an Insured Depository Institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507(a)(9).

*Amounts are subject to adjustment on April 1, 2004, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

___0___ continuation sheets attached

In re FRANK LOUIS GAZZOLA & SHIRLEY ANN GAZZOLA
Debtor

Case No. 01-34638
(if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| NORTHQUEST ROBERT & CAROL ST CROIX FALLS WI 54024 | | | | | | | 8,800.00 |
| ACCOUNT NO. | | | | | | | |
| ONAGA BANK FBO ANTHONY J GIEFER 301 LEONARD ONANA KS 66521 | | | | | | | 60,800.00 |
| ACCOUNT NO. | | | | | | | |
| ONAGA BANK FBO DOLORES MAIERS 301 LEONARD ONAGA KS 66521 | | | | | | | 31,000.00 |
| ACCOUNT NO. | | | ATTORNEYS FOR ESTATE OF CAROLYN O. FERGUSON V. GAZZOLA ET AL. | | | | |
| PARTRIDGE WILLIAM S 201 NO BROAD SUITE 107 MANKATO MN 56002 0550 | | | | | | | 0.00 |
| ACCOUNT NO. | | | | | | | |
| PRINCE ROLLIE 1020 - 17TH AVENUE BLOOMER WI 54724 | | | | | | | 52,620.00 |

Sheet no. 4 of sheets attached to Schedule of Creditors

Subtotal $ 153,220.00

Total $

(Report total also on Summary of Schedule

Bankruptcy2001 ©1991-2001 New Hope Software, Inc., ver. 3.1.0-554 - 30593

FORM B6F (Official Form 6F) (9/97)

In re   FRANK LOUIS GAZZOLA & SHIRLEY ANN GAZZOLA        Case No.  01-34638

                             Debtor                               (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and account number, if any, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns).

Report total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

☐   Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 3722 867199 71009 <br><br> AMERICAN EXPRESS <br> PO BOX 297884 <br> FT LAUDERDALE FL 33329 7884 | | | | | | | 50.00 |
| ACCOUNT NO. <br><br> BAKER SUSAN <br> 455 GROVE STREET <br> UPPER MONTCLAIR NJ 07043 | | | | | | | 140,530.00 |
| ACCOUNT NO. <br><br> BERKLAND RANDALL C <br> BLETHEN GAGE ET AL. <br> 127 SOUTH SECOND STREET <br> MANKATO MN 56001 | | | ATTORNEYS FOR DOROTHY & RAYMOND SANFORD V. FRANK & SHIRLEY GAZZOLA | | | | 0.00 |
| ACCOUNT NO. <br><br> CATALYTIC COMBUSTION CORP <br> 709 - 21ST AVENUE <br> BLOOMER WI 54724 | | | | | | | 395,000.00 |

      7 <br> —— continuation sheets attached

Subtotal ▶ | $      535,580.00

Total ▶ | $

(Report total also on Summary of Schedule

In re FRANK LOUIS GAZZOLA & SHIRLEY ANN GAZZOLA
                    Debtor

Case No. 01-34638
                    (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. COMMUNITY SECURITY BANK 1100 - 1ST STREET NE NEW PRAGUE MN 56071 | | | | | | | 22,500.00 |
| ACCOUNT NO. DACHEL DAVE 710 EIGHT AVENUE BLOOMER WI 54724 | | | | | | | 90,950.00 |
| ACCOUNT NO. DARMER HOWARD 30583 HORIZON AVE CAMP DOUGLAS WI 54618 | | | | | | | 3,892.00 |
| ACCOUNT NO. ERWIN HOLLY SUE 10400 VINCENT AVENUE SO BLOOMINGTON MN 55431 | | | | | | | 4,650.00 |
| ACCOUNT NO. FASCHINGBAUER DONNIE 1428 X RAY DRIVE BLOOMER WI 54724 | | | | | | | 72,820.00 |

Sheet no. 1 of 7 sheets attached to Schedule of Creditors

Subtotal ▶ $ 194,812.00

Total ▶ $

(Report total also on Summary of Schedule)

In re FRANK LOUIS GAZZOLA & SHIRLEY ANN GAZZOLA

_____
Debtor

Case No. 01-34638
_____
(if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| GAZZOLA GABRIELLE 2015 HOWARD DRIVE NO MANKATO MN 56003 | | | | | | | 35,430.00 |
| ACCOUNT NO. | | | | | | | |
| GAZZOLA SAMUEL 2015 HOWARD DRIVE NO MANKATO MN 56003 | | | | | | | 29,230.00 |
| ACCOUNT NO. | | | ATTORNEY FOR LEONHARDT - LISTED FOR NOTICE ONLY | | | | |
| HILL DANIEL D 7373 KIRKWOOD COURT SUITE 305 MPLS MN 55369 | | | | X | X | X | 0.00 |
| ACCOUNT NO. | | | | | | | |
| KOEHLER BUD 13211 - 182ND AVENUE BLOOMER WI 54724 | | | | | | | 126,865.00 |
| ACCOUNT NO. | | | | | | | |
| KOHLER LUCILLE 420 EAST MAIN MANKATO MN 56001 | | | | | | | 10,500.00 |

Sheet no. 2 of ____ sheets attached to Schedule of Creditors

Subtotal ▶ $ 202,025.00

Total ▶ $

(Report total also on Summary of Schedule

In re **FRANK LOUIS GAZZOLA & SHIRLEY ANN GAZZOLA**

Debtor

Case No. 01-34638

(if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> KSA ARCHITECTS, INC. <br> 526 SO 2ND <br> MANKATO MN 56001 | | | | | | | 140,484.00 |
| ACCOUNT NO. <br><br> LEONHARDT RANDY & KATHLEEN <br> 7708 W 84TH ST CIRCLE <br> BLOOMINGTON MN 55438 | | | LISTED FOR NOTICE ONLY | X | X | X | 0.00 |
| ACCOUNT NO. <br><br> MASLON EDELMAN BORMAN & BRAND <br> 3300 WELLS FARGO CENTER <br> 90 SO SEVENTH <br> MPLS MN 55402 4140 | | | | | | | 8,801.00 |
| ACCOUNT NO. 5490 9954 2810 6293 <br><br> MBNA AMERICA <br> PO BOX 15026 <br> WILMINGTON DE 19850 5026 | | | | | | | 27,750.00 |
| ACCOUNT NO. <br><br> MERCHANTS STATE BANK OF LEWISVILLE <br> PO BOX 128 <br> LEWISVILLE MN 56060 | | | | | | | 149,000.00 |

Sheet no. 3 of 7 sheets attached to Schedule of Creditors

Subtotal $ 326,035.00

Total $

(Report total also on Summary of Schedule

Bankruptcy2001 ©1991-2001, New Hope Software, Inc. ver 1.1.0-534 - 30903

FORM B6F (Official Form 6F) (9/97)

In re FRANK LOUIS GAZZOLA & SHIRLEY ANN GAZZOLA

Debtor

Case No. 01-34638

(if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. RHO DELTA INC 410 JACKSON #510 MANKATO MN 56001 | | | | | | | 24,460.00 |
| ACCOUNT NO. RIEDY JOHN M 201 NO BROAD STREET SUITE 200 MANKATO MN 56002 0007 | | | ATTORNEYS FOR KSA ARCHITECTS, INC. ET AL. V. GAZZOLA ET AL. | | | | 0.00 |
| ACCOUNT NO. SEIFERT JAMES & BILLY 212 WILSON WAY MANKATO MN 56001 | | | | | | | 5,170.00 |
| ACCOUNT NO. SUR R CHRISTOPHER 3300 WELLS FARGO CENTER 90 SO SEVENTH ST MPLS MN 55402 4140 | | | ATTORNEY FOR CAROLYN O. FERGUSON ESTATE V. GAZZOLA | | | | 0.00 |
| ACCOUNT NO. THIEM PATRICIA 124 WEST 9TH MANKATO MN 56001 | | | | | | | 5,735.00 |

Sheet no. 5 of ___ sheets attached to Schedule of Creditors

Subtotal $ 35,365.00

Total $

(Report total also on Summary of Schedule

In re FRANK LOUIS GAZZOLA & SHIRLEY ANN GAZZOLA
_____
Debtor

Case No. 01-34638
_____
(if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> THOMAS HELENE <br> 100 TETON LANE <br> MANKATO MN 56001 | | | | | | | 5,856.00 |
| ACCOUNT NO. PNTP 93761 <br> UMB BANK <br> FBO PETER NOLAN <br> PO BOX 419692 <br> KANSAS CITY MO 64141 6692 | | | | | | | 278,000.00 |
| ACCOUNT NO. PNTO 03779 <br> UMB BANK <br> FBO PETER NOLAN <br> PO BOX 419692 <br> KANSAS CITY MO 64141 6692 | | | | | | | 103,000.00 |
| ACCOUNT NO. PTNP 03753 <br> UMB BANK <br> FBO PETER NOLAN <br> PO BOX 419692 <br> KANSAS CITY MO 64141 6692 | | | | | | | 84,300.00 |
| ACCOUNT NO. <br> WAHL EDWARD T <br> 2200 WELLS FARGO CTR <br> 90 SO SEVENTH ST <br> MPLS MN 55402 3901 | | | ATTORNEY FOR DAVID & NANCY HINES | | | | 0.00 |

Sheet no. 6 of ___ sheets attached to Schedule of Creditors

Subtotal ▸ $ 471,156.00

Total ▸ $

(Report total also on Summary of Schedule

In re FRANK LOUIS GAZZOLA & SHIRLEY ANN GAZZOLA

Debtor

Case No. 01-34638

(if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> WEIR WILLIAM <br> 1625 - 7TH AVENUE <br> BLOOMER WI 54724 | | | | | | | 66,168.00 |
| ACCOUNT NO. 4190 0877 0323 8591 <br><br> WORLDPERKS VISA GOLD <br> PO BOX 6301 <br> FARGO ND 58125 6301 | | | | | | | 819.00 |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |

Sheet no. 7 of 7 sheets attached to Schedule of Creditors

Subtotal ▶ $ 66,987.00

Total ▶ $ 1,985,180.00

(Report total also on Summary of Schedule

In re FRANK LOUIS GAZZOLA & SHIRLEY ANN GAZZOLA

_____

Debtor

Case No. 01-34638
_____

(if known)

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests.

State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease.

Provide the names and complete mailing addresses of all other parties to each lease or contract described.

NOTE: A party listed on this schedule will not receive notice of the filing of this case unless the party is also scheduled in the appropriate schedule of creditors.

☑ Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE OF OTHER PARTIES TO LEASE OR CONTRACT | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT |
|---|---|
| | |

Bankrupt.) 2004 ©(4/8) 2001 New Hope Software, Inc. ver 3.1.0-52 - 30591

FRANK LOUIS GAZZOLA & SHIRLEY ANN GAZZOLA

In re _____     Case No. _____01-34638_____

Debtor                                              (if known)

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. In community property states, a married debtor not filing a joint case should report the name and address of the nondebtor spouse on this schedule. Include all names used by the nondebtor spouse during the six years immediately preceding the commencement of this case.

[√]   Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
|  |  |

Bankruptcy2001 ©1991-2001 New Hope Software, Inc. ver 3.1.0-554   50493

In re — FRANK LOUIS GAZZOLA & SHIRLEY ANN GAZZOLA ——— Case No. 01-34638 ———
        Debtor                                                    (if known)

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by a married debtor in a chapter 12 or 13 case whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.

| Debtor's Marital Status: Married | DEPENDENTS OF DEBTOR AND SPOUSE | | |
| --- | --- | --- | --- |
| | NAMES No dependents | AGE | RELATIONSHIP |

| **EMPLOYMENT:** | DEBTOR | SPOUSE |
| --- | --- | --- |
| Occupation | CPA - AGE 73 | HOUSEWIFE - AGE 72 |
| Name of Employer | SEE ATTACHED | |
| How long employed | | |
| Address of Employer | | |

Income: (Estimate of average monthly income)

| | DEBTOR | SPOUSE |
| --- | --- | --- |
| Current monthly gross wages, salary, and commissions (pro rate if not paid monthly.) | $ 11,700.00 | $ 0.00 |
| Estimated monthly overtime | $ 0.00 | $ 0.00 |
| SUBTOTAL | $ 11,700.00 | $ 0.00 |
| LESS PAYROLL DEDUCTIONS | | |
| a. Payroll taxes and social security | $ 920.00 | $ 0.00 |
| b. Insurance | $ 80.00 | $ 0.00 |
| c. Union dues | $ 0.00 | $ 0.00 |
| d. Other (Specify) (D)UNITED WAY | $ 100.00 | $ 0.00 |
| SUBTOTAL OF PAYROLL DEDUCTIONS | $ 1,100.00 | $ 0.00 |
| TOTAL NET MONTHLY TAKE HOME PAY | $ 10,600.00 | $ 0.00 |
| Regular income from operation of business or profession or farm (attach detailed statement) | $ 0.00 | $ 0.00 |
| Income from real property | $ 0.00 | $ 0.00 |
| Interest and dividends | $ 0.00 | $ 0.00 |
| Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above. | $ 0.00 | $ 0.00 |
| Social security or other government assistance (Specify) (D)SOCIAL SECURITY (S)SOCIAL SECURITY | $ 1,703.00 | $ 704.00 |
| Pension or retirement income | $ 0.00 | $ 0.00 |
| Other monthly income | $ | $ |
| (Specify) | $ 0.00 | $ 0.00 |
| | $ 0.00 | $ 0.00 |
| TOTAL MONTHLY INCOME | $ 12,303.00 | $ 704.00 |

TOTAL COMBINED MONTHLY INCOME $ 13,007.00    (Report also on Summary of Schedules)

Describe any increase or decrease of more than 10% in any of the above categories anticipated to occur within the year following the filing of this document: ACCOUNTING PRACTICE WAGES WILL LIKELY DECLINE AND PHENIX BIOCOMPOSITES EMPLOYMNET IS EXPECTED TO END OR BE REDUCED

Bankruptcy2001 ©1991-2001 New Hope Software, Inc. ver. 3.1.0-454  30432

FRANK LOUIS GAZZOLA                          BANKRUPTCY 01-34638
SHIRLEY ANN GAZZOLA

ATTACHMENT TO SCHEDULE I

Frank Gazzola Employed by:          Frank L. Gazzola Chartered
                                    410 Jackson Street
                                    Suite 510
                                    Mankato, MN 56001
                                    14 years

                          and

                                    Phenix Biocomposites LLC
                                    4 months

FORM B6J
(6/90)

FRANK LOUIS GAZZOLA & SHIRLEY ANN GAZZOLA

In re _____ ,   Case No. _____01-34638_____
                          Debtor                                              (If known)

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTORS

Complete this schedule by estimating the average monthly expenses of the debtor and the debtor's family.  Pro rate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate.

☐ Check this box if a joint petition is filed and debtor's spouse maintains a separate household.  Complete a separate schedule of expenditures labeled "Spouse."

| | | |
|---|---|---:|
| Rent or home mortgage payment (include lot rented for mobile home) | $ | 2,765.00 |
| Are real estate taxes included?        Yes _____        No ___√___ | | |
| Is property insurance included?         Yes _____        No ___√___ | | |
| Utilities     Electricity and heating fuel | $ | 215.00 |
|               Water and sewer | $ | 65.00 |
|               Telephone | $ | 40.00 |
|               Other ____CABLE____ | $ | 70.00 |
| Home maintenance (Repairs and upkeep) | $ | 75.00 |
| Food | $ | 600.00 |
| Clothing | $ | 150.00 |
| Laundry and dry cleaning | $ | 20.00 |
| Medical and dental expenses | $ | 100.00 |
| Transportation (not including car payments) | $ | 190.00 |
| Recreation, clubs and entertainment, newspapers, magazines, etc. | $ | 250.00 |
| Charitable contributions | $ | 240.00 |
| Insurance (not deducted from wages or included in home mortgage payments) | | |
|               Homeowner's or renter's | $ | 50.00 |
|               Life | $ | 1,200.00 |
|               Health | $ | 0.00 |
|               Auto | $ | 110.00 |
|               Other | $ | 0.00 |
| Taxes (not deducted from wages or included in home mortgage payments) | | |
| (Specify)_____ | $ | 225.00 |
| Installment payments (In chapter 12 and 13 cases, do not list payments to be included in the plan) | | |
|               Auto | $ | 0.00 |
|               Other ____MS BANK____ | $ | 1,962.00 |
|               Other ____CS BANK____ | $ | 1,000.00 |
| Alimony, maintenance, and support paid to others | $ | 0.00 |
| Payments for support of additional dependents not living at your home | $ | 0.00 |
| Regular expenses from operation of business, profession, or farm (attach detailed statement) | $ | 25.00 |
| Other | $ | 0.00 |

| | | |
|---|---|---:|
| TOTAL MONTHLY EXPENSES (Report also on Summary of Schedules) | $ | 9,352.00 |

(FOR CHAPTER 12 AND 13 DEBTORS ONLY)

Provide the information requested below, including whether plan payments are to be made bi-weekly, monthly, annually, or at some other regular interval.

| | | |
|---|---|---:|
| A.  Total projected monthly income | $ | N.A. |
| B.  Total projected monthly expenses | $ | N.A. |
| C.  Excess income (A minus B) | $ | N.A. |
| D.  Total amount to be paid into plan each _____N.A._____ | $ | N.A. |
|                                                                    (interval) | | |

Form B6-Cont
(12/94)

In re **FRANK LOUIS GAZZOLA & SHIRLEY ANN GAZZOLA**
_____,
Debtor

Case No. 01-34638
(If known)

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____28_____ sheets and that they are true and correct to the best of my knowledge, information and belief. (Total shown on summary page plus 1)

Date _____11/26/01_____     Signature X _____
Debtor

Date _____11/26/01_____     Signature X _____
(Joint Debtor, if any)

[If joint case, both spouses must sign]

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**CERTIFICATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)**

I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

_____     _____
Printed or Typed Name of Bankruptcy Petition Preparer          Social Security No.

_____
Address

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.

X _____     _____
Signature of Bankruptcy Petition Preparer          Date

_A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156._

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

FORM 7. STATEMENT OF FINANCIAL AFFAIRS

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF MINNESOTA

FRANK LOUIS GAZZOLA & SHIRLEY ANN
GAZZOLA

In Re _____     Case No. _____ 01-34638 _____
                    (Name)                                                    (if known)

Debtor

## STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs.

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. If the answer to an applicable question is "None," mark the box labeled "None." If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

### DEFINITIONS

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within the six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

---

**1. Income from employment or operation of business**

None ☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the two years immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

AMOUNT                                    SOURCE (if more than one)

2001(H)     108,333.00     YEAR TO DATE

| AMOUNT | | SOURCE (if more than one) |
|---|---|---|
| 2000(H) | 111,472.00 | INCOME - DEBTORS TAX RETURNS ARE EXTREMELY INVOLVED AND REFLECTED TAX LOSSES FOR 2000 AND 1999 |
| 1999(H) | 114,017.00 | INCOME |

| AMOUNT | | SOURCE (if more than one) |
|---|---|---|
| 2001(W) | | |
| 2000(W) | 184.00 | INCOME |
| 1999(W) | 414.00 | INCOME |

**2. Income other than from employment or operation of business**

None ☐  State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the two years immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | | SOURCE |
|---|---|---|
| 2001(H) | $300.00 | INTEREST |
| 2000(H) | $43,686.00 | INTEREST |

**3. Payments to Creditors**

None ☐  a.  List all payments on loans, installment purchases of goods or services, and other debts, aggregating more than $600 to any creditor, made within 90 days immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

SEE ATTACHED

None ☐  b.  List all payments made within one year immediately preceding the commencement of this case to or for the benefit of creditors, who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

SEE ATTACHED

STATEMENT OF
FINANCIAL AFFAIRS

Question 3(a).

| Name | Check No. | | Amount | Date Paid |
|---|---|---|---|---|
| Northern Star Bank | Auto Withdraw | Auto payments | 3,906.78 | Various |
| Piepho Moving | 6264 | Moving | 753.5 | 08/14/2001 |
| Farrish Johnson | 6369 | Closing | 10,563.45 | 08/29/2001 |
| AICPA Ins. | Auto Withdraw | Life Ins. Prem. | 3,150.00 | Various |
| Merchants St. Bank | 5482 | Mo. Payment | 1,962.38 | 08/20/2001 |
| Merchants St. Bank | 6329 | Mo. Payment | 1,962.38 | 09/17/2001 |
| Community St. Bank | 5483 | Mo. Payment | 1,000.00 | 08/20/2001 |
| Community St. Bank | 6330 | Mo. Payment | 1,000.00 | 09/17/2001 |
| Visa | Auto Withdraw | 3 months | 1,372.68 | Various |
| Loren Norgaard | 5484 | | 1,887.20 | 08/20/2001 |
| Capital One | 5479 | Credit Card | 26.71 | 08/01/2001 |
| Capital One | 5485 | Credit Card | 10,000.00 | 08/24/2001 |
| Capital One | 6327 | Credit Card | 292.29 | 09/11/2001 |
| Maslon et al | 5456 | Legal | 9,566.00 | 08/24/2001 |
| Nicollet Co Treas | 5496 | Taxes | 689.00 | 10/15/2001 |
| Shirley Hall | 6321 | | 12,000.00 | 08/22/2001 |
| No Star Bank | 6335 | Mortgage | 2,762.70 | 09/28/2001 |
| Washington Mutual | Money Order | 2nd Mtg. | 13,813.50 | 10/26/2001 |
| John Gag | 6331 | Carpentry | 1,028.75 | 09/23/2001 |
| Mankato Golf Club | 5497 | Sept. | 531.33 | 10/27/2001 |
| Mankato Golf Club | 6332 | July/August | 952.18 | 09/28/2001 |
| Auto Owners Ins | 6334 | | 613.00 | 09/28/2001 |
| MBNA | 5474 | Credit Card | 485.76 | 08/21/2001 |
| MBNA | 6328 | Credit Card | 95.00 | 09/11/2001 |
| MBNA | 6333 | Credit Card | 492.00 | 09/28/2001 |
| MBNA | Money Order | Credit Card | 337.00 | 10/26/2001 |
| Joe Cuomo | 5834 | | 429.96 | 08/01/2001 |
| Joe Cuomo | 5849 | | 429.96 | 09/01/2001 |
| Joe Cuomo | 6735 | | 400.68 | 10/01/2001 |
| Karin Merkert | 5835 | | 634.44 | 08/01/2001 |
| Karin Merkert | 5850 | | 634.44 | 09/01/2001 |
| Karin Merkert | 6736 | | 613.97 | 10/01/2001 |
| Clarence Herbst | 5840 | | 1,200.00 | 08/01/2001 |
| Clarence Herbst | 5855 | | 1,200.00 | 09/01/2001 |
| Clarence Herbst | 6741 | | 1,200.00 | 10/01/2001 |
| Wanda OttenBorg | 5841 | | 848.46 | 08/01/2001 |
| Wanda OttenBorg | 5856 | | 848.46 | 09/01/2001 |
| Wanda OttenBorg | 6742 | | 790.68 | 10/01/2001 |
| The D'Antoni Trust | 6745 | | 2,000.00 | 10/01/2001 |
| Onaga Bank | 5844 | | 213.33 | 08/01/2001 |
| Onaga Bank | 5858 | | 213.33 | 09/01/2001 |
| Onaga Bank | 6744 | | 213.33 | 10/01/2001 |

## Question 3(b)

| Paid To | Check No. | Relationship | Amount | Date Paid |
|---|---|---|---|---|
| Olga Cuomo | 5546 | Sister | 806.85 | 11/01/2000 |
| | 5580 | | 780.83 | 12/01/2000 |
| | 5625 | | 806.85 | 01/01/2001 |
| | 5669 | | 806.85 | 02/01/2001 |
| | 5700 | | 690.41 | 03/01/2001 |
| | 5730 | | 764.38 | 04/01/2001 |
| | 5769 | | 739.73 | 05/01/2001 |
| | 5796 | | 764.38 | 06/01/2001 |
| | 5824 | | 739.73 | 07/01/2001 |
| | 5839 | | 764.38 | 08/01/2001 |
| | 5854 | | 764.38 | 09/01/2001 |
| | 6740 | | 739.73 | 10/01/2001 |
| | | | | |
| Nicholas Cuomo | 5542 | Nephew | 968.22 | 11/01/2000 |
| | 5576 | | 936.99 | 12/01/2000 |
| | 5622 | | 968.22 | 01/01/2001 |
| | 5666 | | 968.22 | 02/01/2001 |
| | 5697 | | 828.49 | 03/01/2001 |
| | 5727 | | 917.26 | 04/01/2001 |
| | 5766 | | 887.67 | 05/01/2001 |
| | 5793 | | 917.26 | 06/01/2001 |
| | 5821 | | 887.67 | 07/01/2001 |
| | 5836 | | 917.26 | 08/01/2001 |
| | 5851 | | 917.26 | 09/01/2001 |
| | 6737 | | 887.67 | 10/01/2001 |
| | | | | |
| Patti Thiem | Bank Transfer | Daughter | 2,600.00 | 08/03/2001 |
| | | | | |
| Gabrielle Gazzola | 5748 | Granddaughte-IRS | 662.00 | 04/12/2001 |
| | 5749 | Granddaughter-MN | 131.00 | 04/12/2001 |
| | 5777 | | 2,500.00 | 05/04/2001 |
| | | | | |
| Samuel Gazzola | 5750 | Grandson -IRS | 493.00 | 04/12/2001 |
| | 5751 | Grandson - MN | 104.00 | 04/12/2001 |

**4. Suits and administrative proceedings, executions, garnishments and attachments**

None   a.   List all suits and administrative proceedings to which the debtor is or was a party within one year
☐      immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or
       chapter 13 must include information concerning either or both spouses whether or not a joint petition
       is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| ESTATE OF CAROLYN O. FERGUSON BY SUSAN L. BAKER, PERSONAL REPRESENTATIVE VS. FRANK L. GAZZOLA; GAZZOLA & CO.; DAVID HINES; KSA ARCHITECTS, INC. 401(k) PLAN & TRUST; NANCY HINES; AND MARK BAUMANN | DECLARATORY JUDGMENT | COUNTY OF BLUE EARTH, FIFTH JUDICIAL DISTRICT | PENDING |
| DOROTHY M. SANFORD AND RAYMOND A. SANFORD VS. FRANK L. GAZZOLA AND SHIRLEY A. GAZZOLA | JUDGMENT | COUNTY OF BLUE EARTH, FIRST JUDICIAL DISTRICT | PENDING |
| KSA ARCHITECTS, INC. VS FRANK L. GAZZOLA, D/B/A GAZZOLA & CO., OR G & CO. KSA ARCHITECTS, INC., AS ADMINISTRATOR OF THE KSA ARCHITECTS, INC. 401(k) PROFIT SHARING PLAN AND TRUST VS FRANK L. GAZZOLA, D/B/A GAZZOLA & CO. AND/OR G & CO. | | COUNTY OF BLUE EARTH, FIFTH JUDICIAL DISTRICT | PENDING |

Bankruptcy2002 ©1991-2001 New Hope Software, Inc. ver. 3.1.3-515   18905



b.    Describe all property that has been attached, garnished or seized under any legal or equitable process within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

None ☐

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

CATALYTIC COMBUSTION CORP. GARNISHED MY WAGES FOR A MONTH OR SO THIS SUMMER.  AFTER A MONTH OR SO THEY AGREED NOT TO THROUGH DECEMBER 31, 2001.

---

5.    **Repossessions, foreclosures and returns**

None ☒

List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

---

6.    **Assignments and Receiverships**



a.    Describe any assignment of property for the benefit of creditors made within 120 days immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None ☒ b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

### 7. Gifts

None ☒ List all gifts or charitable contributions made within one year immediately preceding the commencement of this case, except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

### 8. Losses

None ☒ List all losses from fire, theft, other casualty or gambling within one year immediately preceding the commencement of this case or since the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES, AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

### 9. Payments related to debt counseling or bankruptcy

None ☐ List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within one year immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

Michael J. Iannacone
SUITE 575
444 CEDAR STREET
ST. PAUL, MN 55101

SEE STATEMENT OF ATTORNEY

Bankruptcy2003 ©1991-2003 New Hope Software, Inc., ver. 3.1.8-511 - 30431

**10. Other transfers**

None ☐
List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|
| SOLD TWO VEHICLES TO HEINTZ PONTIAC CADILLAC, INC. | | RECEIVED $31,602.00 LESS BANK PAYOFFS OF $15,026.09 WITH A NET OF $16,575.91 |
| BABE RUTH AUTOGRAPH GIVEN TO LOREN NORGAARD AS COLLATERAL FOR LOAN IN AUGUST, 2001 IN THE AMOUNT OF $100,000.00 | JULY 2, 2001 | |
| DAVID E. NORRIS | AUGUST 17, 2001 | FORMER HOMESTEAD AT 224 CRESTWOOD DRIVE NO., MANKATO, MINNESOTA FOR $212,800.00 |
| FEERGUSON ESTATE/SUSAN BAKER, PERSONAL REPRESENTATIVE | JULY 13, 2001 | VARIOUS SECURITIES |
| GROUP PLEDGE | JULY 12, 2001 | SEE SUPPLEMENT TO SCHEDULE D |
| NANCY & DAVID HINES | JULY 6, 2001 | SEE SUPPLEMENT TO SCHEDULE D |
| LOREN & DIANE NORGAARD | JULY 2, 2001 | SEE SUPPLEMENT TO SCHEDULE D |

**11. Closed financial accounts**

None 
List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within one year immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE AND NUMBER OF ACCOUNT AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|

12.  Safe deposit boxes

None
☒    List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within one year immediately preceding the commencement of this case.   (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

13.  Setoffs

None
☒    List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within 90 days preceding the commencement of this case.    (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

14.  Property held for another person

None
☒    List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|

15.  Prior address of debtor

None
☐    If the debtor has moved within the two years immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case.  If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|
| 224 CRESTWOOD DRIVE NO. MANKATO, MN | SAME | 1967 THROUGH AUGUST 17, 2001 |

Bankruptcy2200 ©1991-2001 New Hope Software, Inc. (ver 3.1.6-554  30632

**16. Spouses and Former Spouses**

None
☒

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the six-year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

---

**17. Environmental Sites**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

---

None
☒

a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

---

None
☒

b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

---

None
☒

c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

None    a.    If the debtor is an individual, list the names, addresses, taxpayer identification numbers, nature
☐    of the businesses, and beginning and ending dates of all businesses in which the debtor was an
officer, director, partner, or managing executive of a corporation, partnership, sole proprietorship, or
was a self-employed professional within the six years immediately preceding the commencement of this
case, or in which the debtor owned 5 percent or more of the voting or equity securities within the six
years immediately preceding the commencement of this case.

If the debtor is a partnership, list the names, addresses, taxpayer identification numbers,
nature of thebusinesses, and beginning and ending dates of all businesses in which the
debtor was a partner or owned 5 percent or more of the voting or equity securities, within the
six years immediately preceding the commencement of this case.

If the debtor is a corporation, list the names, addresses, taxpayer identification numbers,
nature of the businesses, and beginning and ending dates of all businesses in which the
debtor was a partner or owned 5 percent or more of the voting or equity securities within the
six years immediately preceding the commencement of this case.

| NAME | TAXPAYER I.D. NUMBER | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| FRANK L. GAZZOLA, CHARTERED | | 410 JACKSON STREET SUITE 510 MANKATO, MN 56001 | FLG - 100% OWNER | |
| NORTHERN STAR FINANCIAL, INC. | | 1650 MADISON AVENUE MANKATO, MN 56001 | 32,000 + SHARES TRANSFERRED JULY, 2001. RESIGNED AS DIRECTOR/SEC/TREASURER AUGUST, 2001 | |
| NORTHERN STAR BANK | | 1650 MADISON AVENUE MANKATO, MN 56001 | SEE NORTHERN STAR FINANCIAL | |
| THE FAMILY BANK/VOYAGER BANK | | 107 SOUTH 2ND STREET MANKATO, MN 56001 | RESIGNED AS SEC/TREAS 3-4 YEARS AGO | |
| SGL, INC. | | 107 SOUTH 2ND STREET MANKATO, MN 56001 | SEE THE FAMILY BANK | |
| PHENIX BIOCOMPOSITES, LLC | | P.O. BOX 609 MANKATO, MN 56001 | DIRECTOR & CFO | |
| SIERRA DUBANA | | 410 JACKSON STREET SUITE 510 MANKATO, MN 56001 | PARTNERSHIP DORMANT | |
| RHO DELTA, INC. | | 410 JACKSON STREET SUITE 510 MANKATO, MN 56001 | SEC/TREAS, DIRECTOR. DORMANT. ONLY ASSET IS PBC DEBENTURES | |
| MITOR INDUSTRIES, INC. | | 410 JACKSON STREET SUITE 510 MANKATO, MN 56001 | DEFUNCT | |

| NAME | TAXPAYER I.D. NUMBER | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| INNOVA, INC. | | 3325 SOUTH 116TH STREET SEATTLE, WA 98168 | RESIGNED AS DIRECTOR 4 YEARS AGO | |
| CATALYTIC COMBUSTION CORP. | | 709 - 21ST AVENUE BLOOMER, WI 54724 | RESIGNED AS OFFICER AND DIRECTOR IN APPROXIMATELY JULY, 2001 | |
| VALLEY VIEW CABLE, INC. | | 410 JACKSON STREET SUITE 510 MANKATO, MN 56001 | DEFUNCT | |
| GAZZOLA AND COMPANY | | 410 JACKSON STREET SUITE 510 MANKATO, MN 56001 | DEBTORS ARE ONLY PARTNERS | |
| PHENIX BIOCOMPOSITS, INC. | | | OWNS LESS THAN 2% OF STOCK | |

b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

None


NAME                                                        ADDRESS

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within the six years immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or otherwise self-employed.

*(An individual or joint debtor should complete this portion of the statement only if the debtor is or has been in business, as defined above, within the six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

**19. Books, record and financial statements**

None
☒

a. List all bookkeepers and accountants who within the six years immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

NAME AND ADDRESS                                        DATES SERVICES RENDERED

Bankruptcy2001 ©1991-2001 New Hope Software, Inc. ver. 3.1.9-534   30693

Bankruptcy2001 ©1991-2001 New Hope Software, Inc. ver. 3.1.0-654 - 30643

None  b.    List all firms or individuals who within the two years immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

NAME                       ADDRESS                DATES SERVICES RENDERED

---

None ☒ c.    List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

NAME                       ADDRESS

---

None ☐ d.  List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued within the two years immediately preceding the commencement of this case by the debtor.

| NAME AND ADDRESS | DATE ISSUED |
| --- | --- |
| MERCHANTS STATE BANK<br>LEWISVILLE, MN 56060 | 11/25/99 & 5/2/01 |
| NORTHERN STAR BANK<br>1650 MADISON AVENUE<br>MANKATO, MN 56001 | 11/26/99 & 12/12/00 |
| NICOLLET COUNTY BANK<br>220 SO THIRD STREET<br>ST. PETER, MN 56082 | 8/2/00 |
| COMMUNICTY SECURITY BANK<br>1100 - 1ST NO.<br>NEW PRAGUE, MN 56071 | 8/14/00 |

**20. Inventories**

None ☒ a.    List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

DATE OF INVENTORY         INVENTORY SUPERVISOR         DOLLAR AMOUNT OF INVENTORY
                                                           (Specify cost, market or other basis)

None ☒ b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS |
|---|---|

**21. Current Partners, Officers, Directors and Shareholders**

None ☐ a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|---|---|---|
| FRANK GAZZOLA - 50% AND SHIRLEY GAZZOLA - 50% | GENERAL PARTNERS IN GAZZOLA & COMPANY | |

None ☒ b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|

**22. Former partners, officers, directors and shareholders**

None ☒ a. If the debtor is a partnership, list each member who withdrew from the partnership within one year immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|---|---|---|

None ☒ b. If the debtor is a corporation, list all officers, and directors whose relationship with the corporation terminated within one year immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|---|---|---|

**23. Withdrawals from a partnership or distribution by a corporation**

None ☒ If the debtor is a partnership or a corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during one year immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

*[If completed by an individual or individual and spouse]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date   11/26/01                    Signature    X _Frank Louis Gazzola_
                                   of Debtor        FRANK LOUIS GAZZOLA

Date   11/26/01                    Signature    X _Shirley Ann Gazzola_
                                   of Joint Debtor   SHIRLEY ANN GAZZOLA

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**CERTIFICATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER** (See 11 U.S.C. § 110)

I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

_____            _____
Printed or Typed Name of Bankruptcy Petition Preparer        Social Security No.

_____
Address

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.

X _____            _____
Signature of Bankruptcy Petition Preparer                    Date

A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

_0_   continuation sheets attached

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both.  18 U.S.C. §152 and 3571*

Form 88 (Official Form 8)
(6/90)

# Form 8. INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION
### UNITED STATES BANKRUPTCY COURT

In re FRANK LOUIS GAZZOLA & SHIRLEY ANN GAZZOLA

Debtor

Case No   01-34636

Chapter   Chapter 7

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

1. We have filed a schedule of assets and liabilities which includes consumer debts secured by property of the estate.

2. We intend to do the following with respect to the property of the estate which secures those consumer debts:

   a. *Property to Be Surrendered*

   **Description of Property**               **Creditor's name**

NONE

   b. *Property to Be Retained.*                    *[Check any applicable statement.]*

| Description of Property | Creditor's name | Property is claimed as exempt | Property will be redeemed pursuant to 11 U.S.C. § 722 | Debt will be reaffirmed pursuant to 11 U.S.C. § 524(c) |
|---|---|---|---|---|
| HOMESTEAD LOCATED .. | WASHINGTON MUTUA... | ✓ | | ✓ |
| HOMESTEAD LOCATED .. | NORTHERN STAR BAN.. | ✓ | | ✓ |

Date: _____      X _____
                          Signature of Debtor   FRANK LOUIS GAZZOLA

Date: _____      X _____
                          Signature of Joint Debtor   SHIRLEY ANN GAZZOLA

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
### CERTIFICATION OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. §110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

Printed or Typed Name of Bankruptcy Petition Preparer          Social Security No.

_____

Address

Names and Social Security Numbers of all other individuals who prepared or assisted in preparing this document.

If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.

X _____          _____
Signature of Bankruptcy Petition Preparer          Date

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. §156*

In re:
    Frank Louis Gazzola and Shirley Ann Gazzola,
        Debtor(s).

Bankruptcy 01-34638

**STATEMENT OF ATTORNEY**

Michael J. Iannacone states and alleges:

1.    That he is the attorney for the debtor(s) in the above matter.

2.    That the compensation paid or promised to him for professional services rendered and to be rendered in connection with the case is $ _5,000.00_ , plus filing fees. The services rendered or to be rendered include the following: (a) analysis of the financial situation and rendering advice and assistance to the debtor in determining whether to file a petition under Title 11 of the United States Code; (b) preparation and filing of the petition, exhibits, attachments, schedules, statements and lists and other documents required by the court; (c) representation of the debtor(s) at the meeting of creditors; (d) negotiations with creditors; and (e) other services reasonably necessary to represent the debtor(s) in this case. Providing, however, additional compensation at the attorney's normal hourly rate will be required for the defense of any adversary proceedings, post-petition agreement approvals or lien avoidance proceedings, if any. **OMITTED CREDITORS WILL BE INCLUDED AT THE RATE OF $20.00 EACH. IN THE EVENT IT IS NECESSARY TO RESCHEDULE THE FIRST MEETING OF CREDITORS AT DEBTOR'S REQUEST OR BECAUSE OF DEBTOR'S FAILURE TO APPEAR, DEBTOR AGREES TO PAY AN ADDITIONAL FEE OF $75.00 PLUS $1.00 FOR EACH CREDITOR OR OTHER PARTY LISTED ON DEBTOR'S SCHEDULES OR PARTY REQUESTING NOTICE.** It is agreed that if the debtor(s) should fail to make full or partial payment of fees according to any written or oral agreement, attorney may withdraw as attorney for this case upon written notice to debtor(s).

3.    That to date the undersigned has been paid the sum of $ _5200_ . The source of which was as follows: earnings, cash on hand _____.

4.    That he has received no transfer, assignment or pledge of property except the following of the stated value: _____.

5.    The promised balance remaining, if any, will be derived from earnings, wages, and compensation for earnings and _____.

6.    That the undersigned has not shared or agreed to share with any persons, other than with members of the undersigned's law firm, any compensation paid or to be paid except as follows:

_____

7.    That representation agreed to hereby does not include representation for any contested matter, including adversary proceedings, motions of any kind, lien avoidance actions, credit report disputes, removal of liens against real estate or any other matter in which an attorney may appear or represent me before the Bankruptcy Court, including negotiations on such matter. Michael J. Iannacone is not obligated to represent me in such contested matters and may decline to do so. If Michael J. Iannacone consents to representation in such matters, I agree to pay additional attorney's fees at the rate of $230.00 per hour with a prepaid retainer as set by Michael J. Iannacone and paid before work is initiated on the contested matter.

Accepted:

_____

_____

Dated: _November 26, 2001_

_____
Michael J. Iannacone, #48719
444 Cedar Street, Suite 575
St. Paul, MN 55101

# The Executive

DELUXE

No State Bank "g"

Jan 2001 — Dec 2001

EXHIBIT B    GC 000001

DESCRIPTION OF DEPOSIT

| | SOURCE OF ITEM | NATURE OF ITEM | AMOUNT OF ITEM | | TOTAL AMOUNT OF DEPOSIT |
|---|---|---|---|---|---|
| 1 | RICHARDS NEW Bb LOAN | | $150000 — | | $ |
| 2 | FG @ FARM LOAN (2nd) (350-410) | WIRE TRANSFER LATE | 150000 — | | |
| 3 | AM WIRE TRANSFER 10% ON 160K | | N6400 — | | |
| 3 | FG (60-80) | | 100000 — | • | |
| 4 | FG BANK INCORRECTLY TREATED THIS AS A PAYMENT (80-30) | (80-30) | 50,550 | | |
| 5 | FG (30-145) | (30-45) | 15,000 | | |
| 5 | FG (145-235) | (45-145) | 100,000 — | | |
| 9 | FG (145-235) | | 90,000 — | | |
| | TO AMERICAN BK (235-360) | COVER SHORTFALL PER KEN | | | |
| 10 | CCC | | 2336 99 | | |
| | CCC | | 100,000 — | | |
| 16 | FG (320-400) | | 80,000 — | | |

| | | $ | | | | | |
|---|---|---|---|---|---|---|---|
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

**PLEASE TURN TO THE BACK COVER FOR AN EXPLANATION
OF HOW THIS REGISTER MAY BE USED.**

RR DFC3 11-95

GC000002

| REF # | DATE | DESCRIPTION OF TRANSACTION | IN PAYMENT OF | PAYMENT/DEBIT (-) | √T | FEE (IF ANY) (-) | DEPOSIT/CREDIT (+) | BALANCE |
|---|---|---|---|---|---|---|---|---|
| | | | | | | BALANCE BROUGHT FORWARD → | | 868 798 16 |
| 18 | Jan 1 | Carolyn | Ferguson | 12 000 | N | | | |
| 19 | " | Holly Inc | Bround | 200 | N 1/2 | | 26 000 | |
| 20 | " | Jon Cosmo | 75 @ 9½% | 603 14 | | | | |
| 21 | " | Karim Merchant | 80 @ 9½% | 66 989 | | | | |
| 22 | " | Nicholas Cosmo | 100 @ 9½% | 7 811 | | | | |
| 23 | " | Leonie Kruger | 100 @ 9½% | 80 73 | | | | |
| 24 | " | Leon Hearst | 1121½ @ 9½% | 170 79 | | | | |
| 25 | " | Alan Cosmo | 700 @ 9½% | 600 55 | | | | |
| 26 | " | Cummins | Hearst | 1000 | | | | |
| 27 | " | Inayat Ullah Khan | 144½ @ 9½% | 1191 14 | | | | |
| 28 | " | Pre Lynton Trust | 313 K 7 days @ 11% | 444 33 | | 1/3 | 15 000 | |
| 29 | " | Julie Harris | 4 days | 10 39 | | | | |
| 30 | Jan 2 | No Star Bank | CCC | 8123 00 | | | | |
| — | | FG (1st) (260→200) | FG | 200 000 | 1/2 | | 116 400 | |
| 31 | Jan 3 | No Star Bk | CCC | 15 741 28 | 1/3 | | 20 000 | |
| — | Jan 2 | FG (After min) (410→260) | FG | 145 000 | 1/4 | | 5 000 | |
| 32 | Jan 4 | No Star Bank | Killion | 400 | 1/5 | | 15 000 | |
| — | Jan 4 | FG Error by Bank (80→30) | FG | 50 000 | 1/5 | | 20 000 | 668 798 61 |
| 33 | Jan 9 | Carolyn | Ferguson | 15 000 | N 1/9 | | 90 000 | 11 001 39 |
| 36 | " | No Star Bk (Check out of sequence) | CCC | 24 735 | N 1/10 | | 102 336 99 | |
| 34 | Jan 10 | No Star Bk | CCC | 16362 63 | | | | 72 345 75 |
| — | Jan 10 | FG (360→290) | FG | 70 000 | | | | 2 345 75 |
| 35 | " | No Star Bk | Rio Delta | 9000 | N | | | |
| — | Jan 11 | FG (290→270) | FG | 20 000 | N | | | |
| | Jan 11 | FG for Stratix Grp (270→300) | Rosnar o/k | − 0 | | | | |
| 36 | Jan 13 | Irs | Hearst | 700 | | | | |
| 37 | " | " | Sanford | 6000 | | | | |
| 38 | " | " | Moris | 800 | | | | |
| 39 | " | " | Robert | 350 | N 1/16 | | 80 000 | 48 590 75 |
| 40 | " | " | CCC − Ruff | 100 000 | | | | 57 609 05 |

GC 000003

| MBER | DATE | DESCRIPTION OF TRANSACTION | PURPOSE | PAYMENT/DEBIT (-) | AMOUNT DEDUCTIBLE |
|---|---|---|---|---|---|
| | | | | $ | $ |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | TOTAL DEDUCTIBLE |

DESCRIPTION OF DEPOSIT

| DATE | SOURCE OF ITEM | | NATURE OF ITEM | AMOUNT OF ITEM | TOTAL AMOUNT OF DEPOSIT |
|---|---|---|---|---|---|
| | | | | $ | $ |
| 17-01 | PG | (455-470) | | 20 000 — | |
| 19-01 | PG | (420-430) | | 10 000 — | |
| 23-01 | NOLAN | | | 18 000 — | |
| | PG PERSONAL | | | 50 000 — | |
| | CCC | | | 100 000 — | 168 000 |
| 23-01 | PG | (370-395) | | 25 000 — | |
| | PG | (395-435) | | 40 000 — | |
| 24-01 | CCC | | | 2 548 88 | |
| 24-01 | PG | (435-450) | | 15 000 — | |
| 26-01 | PG | (450-480?) | | 30 000 | |
| | PRÊT AMERICANT (450-455) | | | 10 000 | |
| 29-01 | CHTD | | | | |
| 31-01 | GISELE (21) | | | 339 59 | |
| | PG PERSONAL | | | 1 000 — | |
| 31-01 | PG | (450-470) | | 20 000 — | |

GC 000004

| REF. | DATE | DESCRIPTION OF TRANSACTION | IN PAYMENT OF | PAYMENT/DEBIT (-) | √T | FEE (IF ANY) | DEPOSIT/CREDIT (+) | BALANCE |
|---|---|---|---|---|---|---|---|---|
| | | | | | | BALANCE BROUGHT FORWARD → | | $ 659 05 |
| 41 | Jan 16 | No Star Line | Ferguson | 6300 — | √ | 1/17 | 2000 — | |
| 42 | ' | (20K for Mark) Wire Transfer | CCC | 23 071 — | √ | | | |
| 43 | ' | MANPAC LLC Wire Transfer | JM | 25 013 — | √ | | | |
| 46 | Jan 17 | No Star Bk | CCC | 15 581 66 | √ | | | (103 573 91) |
| 43 | ' | Don Meredith | VVC | 1196 — | √ | 1/19 | 10 000 — | |
| 44 | ' | PG | ' | 898 — | √ | | | |
| 45 | ' | Jacobsons | ' | 898 — | √ | 1/23 | 168 000 — | |
| 46 | ' | Richards | ' | 898 — | √ | | | |
| 47 | ' | Gislason | ' | 898 — | √ | | | |
| 48 | ' | Sullivan | ' | 449 — | √ | | | |
| 49 | ' | Neustadt | ' | 449 — | √ | | | |
| 50 | Jan 19 | No Star Bk | Ferguson | 4300 — | √ | | | 80 846 09 |
| — | Jan 20 | PG (450-375) | PG | 6000 — | √ | | | 38 846 09 |
| 51 | Jan 23 | No Star | CCC | 26 862 49 | √ | 1/8 | 25 000 — | 1977 60 |
| 53 | ' | Phenix Temp Loan | Phenix | 2000 — | √ | 1/23 | 4000 — | 13 977 60 |
| 54 | ' | No Star Dick Richards Co | Richards London | 40 — | √ | 1/24 | 2548 88 | |
| 45 | Jan 24 | No Star London | CCC | 18 024 03 | √ | 1/24 | 1000 — | |
| 46 | Jan 25 | Jim Miller | Jim Miller | 5000 — | √ | 1/26 | 3000 — | (1445 55) |
| 48 | Jan 26 | Susan & Paul Int | Thomson | 666 — | √ | | | |
| 49 | ' | No Star New | Ferguson Estate | 2000 — | √ | | | 15 554 45 |
| 60 | ' | ' ? | Ferguson Home Heat | 1000 — | √ | 1/29 | 5000 — | |
| 61 | Jan 29 | First Bank | Nolan | 5000 — | √ | 1/3 | | (441 55) |
| 62 | Jan 31 | No Star CCC | CCC | 20 844 23 | √ | 1/31 | 1334 59 | 353 61 |
| | | | | | | 1/31 | 2000 — | 2 853 61 |
| | | | Bk Chgs | 11 38 | | | | 2 342 48 |
| | | Error Catch # 1864 | | 18 — | | | | 2 324 48 |

| BER: | DATE | DESCRIPTION OF TRANSACTION | PURPOSE | PAYMENT/DEBIT (-) | | AMOUNT DEDUCTIBLE |
|---|---|---|---|---|---|---|
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | TOTAL DEDUCTIBLE | |

DESCRIPTION OF DEPOSIT

| ATE | SOURCE OF ITEM | NATURE OF ITEM | AMOUNT OF ITEM | TOTAL AMOUNT OF DEPOSIT |
|---|---|---|---|---|
| 31 | CINTSA - DOTIVE MATTERS   NEW 8% | | 3,000 | $ |
| 5 | PG | (435-436) | 5,000 — | |
| 6 | PG | (430-465) | 3,5000 — | |
| 13 | CCC | SHAREHOLDER DISTRIBUTION   FEE SHEDE PAYMENTS | 16,000 — | |
| 11 | CCC | | 1,513 95 | |
| | PG | PERSONAL | 5,000 — | 6,513 95 |
| | PG | (465-475) | | 10,000 — |
| 29 | REFUND FROM AMERICANA 791C (475-396) | | | |
| 8 14 | PG | (236-256) | | 20,000 — |
| 8 15 | PG | (256-316) | | 64,000 — |
| 16 | PG | (316-365) | | 35,000 — |
| 8 30 | PG | (365-385) | | 20,000 — |
| 8 31 | CCC | — P/R IN FEB TO DATE — | | 108,500,000 — |

GC 000006

| | DATE | DESCRIPTION OF TRANSACTION | IN PAYMENT OF | PAYMENT/DEBIT (−) | F/T | FEE IF ANY | DEPOSIT/CREDIT (+) | BALANCE |
|---|---|---|---|---|---|---|---|---|
| | 2/1 | | | $ | | BALANCE BROUGHT FORWARD → | | 343 43 |
| 3 | 2/1 | Holly Sue | Cowin | 20 — | 2/1 | | 5000 | |
| 3 | | Joe Cuomo | 35K @ 9½% | 665 14 | ✓ | | | |
| 3 | | Larin Merkert | 53K @ 9½% | 664 69 | ✓ | | | |
| 2 | | Nicholas Cuomo | 130K @ 9½% | 966 22 | ✓ | | | |
| 3 | | Lucille Korea | 10500 @ 9½% | 84 72 | ✓ | | | |
| 4 | | Leone Hoopp | 21167 @ 9½% | 170 79 | ✓ | | | |
| 0 | | Olga Cuomo | 100K @ 9½% | 806 85 | ✓ | | | |
| 11 | | Clarence | Trust | 1200 — | | | | |
| 11 | | Wanda Oppenborn | 148K @ 9½% | 1194 14 | ✓ | | | |
| 12 | | D'Antoni Trust | 426K @ 10% | 4647 85 | ✓ | | | |
| 13 | | Dottie Myers | 10K @ 9½% | 80 68 | ✓ | | | |
| 14 | 2/2 | No Star Bank | Killian | 3000 — | | | | 84 343 43 |
| | 2/1 | FG | (470 - 435) | 45000 — | 2/2 | | 5000 | |
| 15 | 2/2 | No Star | Ferguson Estate | 4000 — | | | | |
| 16 | 2/6 | No Star | | 7000 — | | | | |
| 17 | 2/6 | No Star | CCC | 27588 06 | 2/6 | 35000 — | | (48 818 31) |
| 18 | 2/4 | William Weir | Ruff / Gatzone | 16178 14 — 18 309 09 | 2/18 | 16 — | | |
| 19 | | Void | | | 2/7 | 6513 05 | | |
| 20 | | Bud Koehler | ✓ ✓ | 1247B — | 2/7 | 16000 | | |
| 21 | | Don Fashingbauer | ✓ ✓ | 7162 — | | | | |
| 22 | | Roche Prince | ✓ ✓ | 5175 — | 2/12 | 16000 — | | |
| 23 | | Dave Darten | ✓ ✓ | 8945 — | | | | 36 815 46 |
| 24 | 2/9 | Don Fashing Peoples Life of Prov | Fashingbauer Void | 37960 — | ✓ | | | |
| 26 | 2/12 | Mark Ruff Excess | Refund Re 160K | 4746 55 | ✓ | | | |
| 27 | | FG | | 3164 36 | | | | 32 185 45 |
| | 2/12 | FG | (560 - 736) | 16000 | 2/14 | 20 000 | | |
| 28 | ✓ | Mark | Ruff / Gatzone | 4746 55 | 2/15 | 64 000 — | | |
| 29 | ✓ | FG | my staple | 3164 36 | 2/16 | 30 000 — | | |
| | 2/14 | No Star | CCC | 16 891 11 | 2/20 | 30 000 — | | |
| 30 | 2/15 | ✓ | ✓ | 3 210 — | 2/21 | 106 500 00 | | 45 903 44 |

GC000007

WHICH CAN BE DEDUCTED FROM INCOME SUBJECT TO TAX

| DATE | DESCRIPTION OF TRANSACTION | PURPOSE | PAYMENT/DEBIT (-) | | AMOUNT DEDUCTIBLE |
|---|---|---|---|---|---|
| | | | $ | | $ |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | TOTAL DEDUCTIBLE | | |

DESCRIPTION OF DEPOSIT

| SOURCE OF ITEM | NATURE OF ITEM | AMOUNT OF ITEM | TOTAL AMOUNT OF DEPOSIT |
|---|---|---|---|
| | | $ | $ |
| ,01 CCC | | 2084 35 | |
| ,02 Anse Soc in Americana (305-355) | | | |
| 11 Gustavs (31) | | 339 89 | |
| 15 Pg (385-475) | | 130.000 - | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

GC000008

| | DATE | DESCRIPTION OF TRANSACTION | IN PAYMENT OF | PAYMENT/DEBIT (-) | | √ T | FEE (if any) (-) | DEPOSIT/CREDIT (+) | BALANCE |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | BALANCE BROUGHT FORWARD → | | $ 41,363 44 |
| 29 | FEB 15 | No STATE BANK | FERGUSON | $ 4600 - | | √ | $ | $ | |
| | / | / / | WIRE TRANSFER | DIX | 31400 - | | √ | | |
| 11 | FEB 19 | CCC 401k Emper Vol To DATE | CCC 401k | 8782 27 | | √ | | | 369 17 |
| 1 Y | FEB 20 | No STATE BANK | CCC | 16900 53 | | √ | 3/21 | 254 35 | |
| 13 | FEB 21 | No STATE BANK | CCC | 27878 83 | | √ | 3/27 | 334 29 | |
| | FEB 21 | PG (305.305) | PG | 80000 - | | √ | 3/28 | 80000 - | 14783 35 |
| | | | | | | | | 5/1 | 1863 35 |

GC 000009

| DATE | DESCRIPTION OF TRANSACTION | PURPOSE | PAYMENT/DEBIT (-) | AMOUNT DEDUCTIBLE |
|------|---------------------------|---------|-------------------|-------------------|
|      |                           |         | $                 | $                 |
|      |                           |         |                   |                   |
|      |                           |         |                   |                   |
|      |                           |         |                   |                   |
|      |                           |         |                   |                   |
|      |                           |         | TOTAL DEDUCTIBLE  |                   |

DESCRIPTION OF DEPOSIT

| | SOURCE OF ITEM | NATURE OF ITEM | AMOUNT OF ITEM | TOTAL AMOUNT OF DEPOSIT |
|---|---|---|---|---|
| 5 | Per Cash | | 5000 — | |
| 7 | Per | | 14000 — | |
| 11 | Nolton | (Marys creek Drive Receiv) | 1587 43 | |
| 13 | Bill Kennedys | | 46000 — | |
| 16 | Per Watkins (New loan) | | 100,000 — | |
| 16 | Per | (730-763) | 3000 — | |
| 23 | Per Pet Cl — Jennifer (763-303) | | 45000 — | |
| 31 | Milly of Michael | Ann loan | 5000 — | |
|    | Ste | (302800) | ~~75000~~ | |
| 19 | Per By Bank | (305-312435) By Ken | 7465 — | |
| 21 | Per | (312435-322435) | 10000 — | |

GC000010

| NUMBER | DATE | DESCRIPTION OF TRANSACTION | IN PAYMENT OF | PAYMENT/DEBIT (-) | √ | FEE (IF ANY) | AMOUNT | DEPOSIT/CREDIT (+) | BALANCE |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | BALANCE BROUGHT FORWARD → | | | 1468 35 |
| 94 | 3 1 | HOLLY SUE | ERWIN | 100 | — | √ 3/1 | 5000 | — | |
| 95 | | JOE CUOMO | 78K @ 8 1/8 % | 489 04 | √ | | | | |
| 96 | | KAREN MERHERT | 83K @ 9 % | 573 04 | √ | | | | |
| 97 | | NICHOLAS CUOMO | 120K @ 9 % | 828 49 | √ | | | | |
| 98 | | WAYNE KOSSLER | 10500 @ 8 1/4 % | 68 47 | √ | | | | |
| 99 | | LEROY HOBARD | 21167 58 @ 8 1/4 % | 138 02 | √ | | | | |
| 00 | | OLGA CUOMO | 100K @ 9 % | 690 41 | √ | | | 849 06 | |
| 01 | | CLARENCE | HURST | 100 | — | √ 3/7 | 14000 | — | 13 449 28 |
| 02 | | WANDA ODENBERG | 148K @ 8 1/2 % | 965 04 | √ | | | | |
| 03 | 3/ 20 | VOIDED ISSUED D'ANTONA TRUST 42K @ 11% | 436 @ 12% | 4147 TO 3847.88 | | | | | |
| 04 | | DOTTIE MAYERS | 10K @ 8 1/2 % | 65 21 | √ | | | | 4211 33 |
| 05 | | SIERRA BANK FEB (TAR) | 33K @ 5% | 213 33 | √ 3/12 | 1557 43 | | | |
| 06 | | DON KEENER | KEENER DON | 1000 | | | | | |
| 07 | 3/5 | NO STAR | FERGUSON ESTATE | 2000 | — | √ | | | |
| 08 | 3/13 | WEST BANK | # PMT 03753 | 2055 | — | √ 3/13 | 16000 | | |
| 09 | 3/16 | FIRST NATL | NOLAN | 750 | — | √ | | | |
| 10 | 3/13 | NO STAR | FERGUSON | 2000 | — | √ | | | |
| 11 | 3/13 | LMB | PMT 03779 | 2750 | — | √ | | | |
| 12 | 3/14 | LMB | PMT 03761 | 7425 | — | √ | | | |
| — | 3/13 | FG (475-325) | FG | 150 000 | — | √ 3/15 | 100000 | | |
| 13 | 3/13 | NO STAR | FERGUSON | 3000 | — | √ | | | |
| 14 | 3/16 | NO STAR | | 23000 | — | √ | | | |
| 15 | | CUTY LOAN PAYOFF | CHECK | 10000 | — | √ 3/19 | 7425 | | |
| — | 3/15 | FG (315-230) | FG | 95000 | — | √ 3/16 | 30000 | | |
| 16 | 3/15 | BILL | BILL MILLER | 4000 | — | √ 3/20 | 45000 | | |
| 17 | 3/20 | ENANA BL MAKER TRUST | 3KK @ 7% | 213 33 | √ 3/21 | 5000 | — | | |
| 18 | 3/21 | SIERRA DURANT | SIERRA DURANT | 2500 | — | √ | | | |
| 19 | 3/21 | FG | DRUM | 25000 | — | √ | | | |
| — | 3/21 | NO STAR WIRE | MIDDLETON | 100 12 | — | √ 3/21 | 1000 | — | 9665 10 |
| 20 | — | | 00 — | 18 | — | | | | 9996 91 |

GC000011

| EM | DATE | DESCRIPTION OF TRANSACTION | PURPOSE | PAYMENT/DEBIT (-) $ | AMOUNT DEDUCTIBLE $ |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | TOTAL DEDUCTIBLE | |

## DESCRIPTION OF DEPOSIT

| DATE | SOURCE OF ITEM | NATURE OF ITEM | AMOUNT OF ITEM $ | TOTAL AMOUNT OF DEPOSIT $ |
|---|---|---|---|---|
| 4/20/6 | ten (6/8/6 (4/1) | (322 415 - 330 000) | 75 75 - 33989 A | |
| | | | | |

GC000012

| NUMBER | DATE | DESCRIPTION OF TRANSACTION | IN PAYMENT OF | PAYMENT/DEBIT (-) | √ T | FEE (IF ANY) (-) | DEPOSIT/CREDIT (+) | BALANCE |
|---|---|---|---|---|---|---|---|---|
| | | | | | BALANCE BROUGHT FORWARD → | | | $ 9996 81 |
| 21 | 3/26 | James Peterson Centre Paintfund | Peterson | 1778 79 | 3/26 | | 7878 - | |
| 22 | " | Charlite Johnson (Restaurant) | Label | 330 - | 3/26 | | 338 69 | |
| 23 | 3/28 | Roberta Frank | CCC 401M | 273 - | | | | 486 29 |

GC 000013

| MBER | DATE | DESCRIPTION OF TRANSACTION | PURPOSE | PAYMENT/DEBIT (-) | AMOUNT DEDUCTIBLE |
|---|---|---|---|---|---|
| | | | | $ | $ |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | TOTAL DEDUCTIBLE | |

DESCRIPTION OF DEPOSIT

| ATE | SOURCE OF ITEM | NATURE OF ITEM | AMOUNT OF ITEM | TOTAL AMOUNT OF DEPOSIT |
|---|---|---|---|---|
| PR 2 | PG (380-345) | | $ 15000 — | $ |
| RIL 4 | PG (WELLS FARGO HOME LOAN) CK | | 20 000 — | |
| IL 10 | PG (345-360) | | 15 000 — | |
| IL 11 | RILSNZLS XFOR 2001 EST TAXES | | 2498 — | |
| IL 17 | PG (360-410) | | 50000 — | |
| | PG REserve XFERS FOR HOUSE (410-411) | EXACT AMT - (10883.00) | | |
| | PG (411-430) | | 14000 — | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

GC000014

| # | Date | | | Name | $ | ¢ | ✓ | Date | (+) | Balance |
|---|---|---|---|---|---|---|---|---|---|---|
| 24 | April 1 | Helfsp | | Erwin | 100 | — | ✓ | 4/2 | 15000 | |
| 25 | | Joe Cuomo | 75K @ 8½% | | 541 | 43 | ✓ | | | |
| 26 | | Karin Merkert | 83K @ 9% | | 634 | 43 | ✓ | | | |
| 27 | | Nicholas Cuomo | 122K @ 9% | | 917 | 26 | ✓ | | | |
| 28 | | Lucille Kohler | 6500 @ 8½% | | 75 | 80 | ✓ | | | |
| 29 | | Isere Hodapp | 21675⁸ @ 8½% | | 152 | 81 | ✓ | | | |
| 30 | | Olga Cuomo | 100K @ 9% | | 764 | 38 | ✓ | | | |
| 31 | | Clarence | | Herbst | 1200 | — | ✓ | | | |
| 32 | | Wanda Ortonberg | 148K @ 8½% | | 1068 | 43 | ✓ | | | |
| 33 | | Tae D'Antoni Trust | 456K @ 11% | | 4265 | 16 | ✓ | | | |
| 34 | | Dottie Mayers | 15K @ 8½% | | 72 | 19 | ✓ | | | |
| — | | Omega Bank (Paid Early ³/³⁰) | 32K @ 8% | | | | | | | |
| 35 | April 2 | P&G | | P&G | 5000 | — | ✓ | 4/4 | 20000 | — |
| 36 | | Ferguson & Tate | | Ferguson | 5000 | — | ✓ | | | |
| 37 | April 2 | Merchants St Bank  Int on Loan | | Rio Decra | 280 | 89 | ✓ | | | |
| 38 | | | | Ferguson | 5188 | 87 | ✓ | | | |
| 39 | April 3 | First Bre | (Sk) | Nolan | 5000 | | ✓ | | | |
| 40 | April 5 | Natl Life Ins (For Doris Hesser) | | CCC 401K | 3092 | — | ✓ | | | |
| — | April 10 | No Star Dime | | Middleton | 1000 | — | ✓ | 4/10 | 15000 | |
| 41 | | Joan | Joan | Miller | 3000 | — | | | | |
| 42 | Apr 13 | No Star Bre  to cover NSF | | Sierra Indiana | 1000 | — | ✓ | 4/13 | 2458 | |
| 43 | Apr 12 | IRS  Bar 00 | | Sanfords | 4778 | — | ✓ | | | |
| 44 | | Stefan | | | 1207 | — | ✓ | | | |
| 45 | | 1st Qtr | | | 2000 | — | ✓ | | | |
| 46 | | DRS | | | 7000 | — | ✓ | 4/17 | 5000 | — | 37466 66 |
| 47 | | Wells Fargo | | Rugary | 47500 | — | ✓ | | | |
| 48 | | IRS | | Gabe | 662 | — | ✓ | | | |
| 49 | | St of NW | | | 131 | — | ✓ | | | |
| 50 | | " | | Sam G | 104 | — | ✓ | | | |
| 51 | | DRS | | | 498 | — | ✓ | 4/23 | 15000 | — | 2576 66 |

GC000015

WHICH CAN BE DEDUCTED FROM INCOME SUBJECT TO TAX

| ITEM | DATE | DESCRIPTION OF TRANSACTION | PURPOSE | PAYMENT/DEBIT (-) | AMOUNT DEDUCTIBLE |
|---|---|---|---|---|---|
| | | | | $ | $ |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | TOTAL DEDUCTIBLE |

DESCRIPTION OF DEPOSIT

| DATE | SOURCE OF ITEM | | NATURE OF ITEM | AMOUNT OF ITEM | TOTAL AMOUNT OF DEPOSIT |
|---|---|---|---|---|---|
| .. 13 | Ave Junior | 1) Annual Reform | | $ 10 — | $ |
| .. 15 | Fin | (475.45) | | New — | |

GC000016

| BER | DATE | DESCRIPTION OF TRANSACTION | IN PAYMENT OF | PAYMENT/DEBIT (-) | √ T | FEE (IF ANY) (-) | DEPOSIT/CREDIT (+) | BALANCE |
|---|---|---|---|---|---|---|---|---|
| | | | | | | BALANCE BROUGHT FORWARD → | | 2576 66 |
| 15 | APR 12 | IRS | ROBECK TRUST | 204 — | √ | 3/33 | 10 — | |
| 53 | ‘ | MN DEPT OF REV | ‘ ‘ | 31 — | √ | | | |
| 54 | ‘ | ‘ ‘ | ‘ ‘ | 90 — | √ | 4/26 | 5000 — | |
| 55 | ‘ | IRS | | 990 — | √ | | | |
| 56 | ‘ | IRS | HELENE TRUSTS | 514 — | √ | | | |
| 57 | ‘ | IRS | HERBSE | 700 — | √ | | | |
| 58 | ‘ | MN DEPT OF REV | | 194 — | √ | | | |
| 59 | ‘ | IRS | MARY & WM MCNEER | 1500 — | √ | | | |
| 60 | APR 25 | FIRST BANK (TOTAL 4000) | NOLAN | 2000 — | √ | | | |
| 61 | APR 25 | PTR (FOR MC CO BK) | PTR | 4000 — | | | | 1933 66 |
| | | | | | | | | 1683 66 |
| 62 | 12-27 | PARRISH FUNSON (LANIN CROFT) | LEG etc | 30 — | | | | |
| | | | | ? | 05 | | | 1653 61 |

| BER | DATE | DESCRIPTION OF TRANSACTION | PURPOSE | PAYMENT/DEBIT (-) | AMOUNT DEDUCTIBLE |
|-----|------|---------------------------|---------|-------------------|-------------------|
|     |      |                           |         | $                 | $                 |
|     |      |                           |         |                   |                   |
|     |      |                           |         |                   |                   |
|     |      |                           |         |                   |                   |
|     |      |                           |         |                   | TOTAL DEDUCTIBLE  |

DESCRIPTION OF DEPOSIT

| ATE | SOURCE OF ITEM | NATURE OF ITEM | AMOUNT OF ITEM | TOTAL AMOUNT OF DEPOSIT |
|-----|----------------|----------------|----------------|-------------------------|
|     |                |                | $              | $                       |
| 4/3 | FG        (456 - 466) |         | 600 —      |         |
| 4/3 | Jeffes             |         | 1500 —     |         |
|     | FG      My Cashe   |         | 1500 —     |         |
| 4/11| FG       (456 - 458)|        | 200 —      |         |
| 4/14| Gaillic — Pati's A/c   (522 CKE 988) |  | 11,000 —  |      |
| 4/15| FG       (441 - 449) ✓ |        | 2000 —     |         |
| 4/17| FG (From Nan & Derek, Loan) |  | 600 —   |         |
|     | Meg Joyce Loan     |         | 25 —     ✓  |         |
| 4/21| Bolivar  (Lok for 14R EE%) Pat to Regular A/c |  | 106,037 50 ✓ |  |
| 4/23| FG       (330 - 337) |         | 1000 —     |         |
|     |                |                |                |                         |
|     |                |                |                |                         |
|     |                |                |                |                         |
|     |                |                |                |                         |

GC000018

| NUM | DATE | DESCRIPTION OF TRANSACTION | IN PAYMENT OF | PAYMENT/DEBIT (-) | | √ T | FEE IF ANY | DEPOSIT/CREDIT (+) | | BALANCE | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | BALANCE BROUGHT FORWARD → | | | $ | 1653 | 66 |
| 163 | May 1 | Holly Sur | Edwin | 100 | — | √ 5/7 | 5/8 6300 | — | | | |
| 64 | May 1 | Joe Cuomo | 75 K @ 8% | 495 | 15 | √ | | | | | |
| 65 | | Kavin Meikert | 83 K @ 9% | 613 | 97 | √ | | | | | |
| 66 | | Nicolas Cuomo | 120 K @ 9% | 887 | 67 | √ | | | | | |
| 67 | | Lucille Kohler | 10500 @ 8% | 69 | 04 | √ | | | | | |
| 68 | | Leslie Howard | 21167 @ 8% | 139 | 18 | √ | | | | | |
| 69 | | Olga Cuomo | 100 K @ 9% | 789 | 73 | √ | | | | | |
| 70 | | Clarence | Harbst | 1000 | — | √ | | | | | |
| 71 | | Wanda Otten Berg | 148 K @ 8% | 973 | 15 | √ | | | | 3467 77 | |
| 72 | | The D'Antoni Trust | 432 K @ 10½% | 3935 | 34 | √ | 4/3 | 5000 | — | | |
| 73 | | Dottie Myers | 10 K @ 8% | 65 | 75 | √ | 4/3 | 1500 | — | | |
| — | | Onaga Bank | (Pmd 3/00 For 4/1) | — | | | | | | 3466 68 | |
| 74 | | Greg & Ferguson Est | Ferguson | 5000 | — | √ 4/11 | | Jun | | | |
| 75 | | Ferguson's Home Hlth Care | √ | 250 | — | √ | | | | 346 68 | |
| 76 | May 3 | Ray Sanford | Sanford | 1000 | — | √ | | | | | |
| 77 | May 4 | Bob | Same Gabe's A/c | 2500 | — | √ | 4/14 | 11000 | — | | |
| — | May 4 | Pg | (458 - 447) | 11000 | — | | 4/15 | 2000 | — | | |
| 78 | May 5 | Pg No Star | Ferguson | 1800 | — | √ | 4/17 | 6000 | — | | |
| 79 | May 17 | Pg Cutty | Trust 150 + 350 | Thomas | 500 | — | √ | 4/17 | 1500 | — | |
| 80 | | | Valley View | 900 | — | √ | | | | | |
| 81 | | | Rebecca | 250 | — | √ | | | | | |
| 82 | | | Acring | 465 | — | √ | | | | 19761 63 | |
| 83 | | Jackson Natl Life | Perry ccc 421 K | 1503 | — | √ | | | | | |
| 84 | | Pg | (447 - 367) | 83000 | — | | 4/21 | 16603 50 | | | |
| 84 | May 21 | ccc 421 K | Pg Wm Frank ccc 421 K | 68 | — | √ | | | | | |
| 85 | | No Coml Bank | 1 Y com | Thos Delori Berger Lindgren | 60000 | — | | | | 30.16 K 63 | |
| — | | Pg | (367 - 324) | 43000 | — | | | | | | |
| 86 | May 22 | Ferguson Township | Wzghr | 246 | — | | | | | | |
| 87 | May 24 | Pg Loan To Personal (327 - 300) | Pg | (43000) | — | | 4/25 | | | | |
| | May 25 | Pg | (~~324 - ~~) | Pg | 45000 | — | | 4/25 | 1500 | — | 31 K 63 |
| | | | | | | | | 4/3 1500 — | | | |

GC 000019

| NUMBER | DATE | DESCRIPTION OF TRANSACTION | PURPOSE | PAYMENT/DEBIT (-) | AMOUNT DEDUCTIBLE |
|---|---|---|---|---|---|
| | | | | $ | $ |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | TOTAL DEDUCTIBLE | |

DESCRIPTION OF DEPOSIT

| DATE | SOURCE OF ITEM | NATURE OF ITEM | AMOUNT OF ITEM | TOTAL AMOUNT OF DEPOSIT |
|---|---|---|---|---|
| | (P1) | | $ 339.79 | $ |
| | (add a gram) | | | |
| | Fry | (380.413) | 3300 | |

GC000920

| ITEM | DATE | DESCRIPTION OF TRANSACTION | IN PAYMENT OF | PAYMENT/DEBIT (-) | √ T | FEE (IF ANY) (-) | DEPOSIT/CREDIT (+) | BALANCE |
|---|---|---|---|---|---|---|---|---|
| | | | | | | BALANCE BROUGHT FORWARD → | | 3.38 /3 |
| 17 | May 24 | IWIN | JANSSON | 30 000 | | 5/3 | 339 19 N | |
| 340 | May 3 | DATTE DREEK ME STATE BIL | SEE DEPOSIT 5/14 | 11 000 | | 5/3 | | |
| 341 | " | F.G. | F.G. | 3000 | | 5/3 | 33 000 . N | 667 /2 |
| | | | +5/3 | | | | 1800 - | 2167 /2 |
| | | | | | | | | |
| | 5/34 | DON'T UNDERSTAND | BANK TRANSFER CREDIT | | | | 23 74 | 2191 46 |
| | | (S15) | ERROR ON CHECK #5769 | | | | 60 ✗ | 2192 06 |

GC000021

| NUMBER | DATE | DESCRIPTION OF TRANSACTION | PURPOSE | PAYMENT/DEBIT (-) | AMOUNT DEDUCTIBLE |
|---|---|---|---|---|---|
| | | | | $ | $ |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | TOTAL DEDUCTIBLE | |

### DESCRIPTION OF DEPOSIT

| DATE | SOURCE OF ITEM | NATURE OF ITEM | AMOUNT OF ITEM | TOTAL AMOUNT OF DEPOSIT |
|---|---|---|---|---|
| Nov 5 | FG (413 - 41C) | | $ 5000 — | |
| Nov 7 | Green (41) | | 339 Fg M | |
| | FG (413 - 403) | | 5000 — | |
| Nov 11 | FG (403 - 413) | | 30 000 — | |
| Nov 31 | FG (413 - 408) | | 5000 — | |
| Nov 31 | FG (416 - 408) | | 10 000 — | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

GC 000022

| # | DATE | DESCRIPTION OF TRANSACTION | IN PAYMENT OF | PAYMENT/DEBIT (-) | √ T | FEE (IF ANY) (-) | DEPOSIT/CREDIT (+) | BALANCE |
|---|---|---|---|---|---|---|---|---|
| | | | | | | BALANCE BROUGHT FORWARD → | | 667 | 11 |
| | Jun 1 | Holly Sue | Edward | 1 00 | √ 6/5 | | 1000 - | |
| | | Joe Cosmo | 75k @ 7.5% | 477 74 | √ | | | |
| | | Knais Melbert | 83k @ 9% | 634 44 | √ | | | |
| | | Michael Cosmo | 10k @ 9% | 9 7 06 | √ | | | |
| | | Louise Kencer | 10800 @ 7.5% | 66 88 | √ | | | |
| | | Leona Hubber | 21675 @ 7.5% | 134 85 | √ | | | |
| | | Cara Cosmo | 100k @ 9% | 764 38 | √ | | | |
| | | Clarence | Hearst | 1000 | √ | | | |
| | | Wanda Otten (Peck) | 141k @ 7.5% | 943 74 | √ | 6/7 | 339 59 | 439 48 |
| | | D'Antoni Trust  Voided | 46k @ 10% | 387 55 | | 6/7 | 339 59 | |
| | | Dottie Mavers  7/31/01 | 10k @ 7.5% | 63 70 | | | 1000 - | |
| | | Sandra Payne  (31k @ 8% = $12) | Quanex | 213 33 | √ | | | 1619 13 |
| | | UAB | PMT P 03761 | 7435 - | √ | 6/11 | 3000 - | |
| | | " | PMT P 03779 | 3750 - | | | | |
| | | " | PMT P 03783 | 3355 - | | | | 1958 13 |
| | Jun 4 | Susan | Bantex/Ford 550 | 3000 - | √ | 6/11 | 1000 - | |
| | | Merchants St Bank  (Int | Ferguson | 3304 04 | √ | | | 1884 09 |
| | Jun 14 | TJS | Sandford | 7000 - | √ | 6/13 | 10000 - | |
| | | MS | | 3000 - | √ | | | |
| | | | Rebecca | 90 - | √ | | | |
| | | Dps | | 415 - | √ | | | |
| | | | Baurer | 500 - | √ | | | |
| | | AMN | | 198 - | √ | | | |
| | | | Herbst | 20 - | √ | | | |
| | | TJS | | 700 - | √ | | | 486 59 |
| | | | Thomas | 600 - | √ | | | 1210 93 |
| | | | Ins 2nd of Harley Miller | 1500 - | √ | | | |
| | 6/22 | No State Bank - Legal - Deposit Refund | Legal | 514 - | | | | <705 07> |
| | | Void Check # 1578 | | | | | 688 - | <17 07> |
| | | | Bill Curtis | 84 - | | | | <101 07> |

| DATE | DESCRIPTION OF TRANSACTION | PURPOSE | PAYMENT/DEBIT (-) | AMOUNT DEDUCTIBLE |
|------|---------------------------|---------|-------------------|-------------------|
|  |  |  | $ | $ |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  | TOTAL DEDUCTIBLE |  |

## DESCRIPTION OF DEPOSIT

| DATE | SOURCE OF ITEM | NATURE OF ITEM | AMOUNT OF ITEM | TOTAL AMOUNT OF DEPOSIT |
|------|----------------|----------------|----------------|-------------------------|
| 6 | GtCo (Peter Polk) |  | $ 3000 — | $ |
| 5 | Gester |  | 339 19 |  |
| 10 | fer |  | 3000 — |  |
| 11 | fer |  | 3000 — |  |
| 15 | fer |  | 4000 — |  |
| 50 | Patti |  | 2000 — |  |
| 41 | Gabel |  | 339 19 |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |

GC 000024

| | Date | Description of Transaction | In Payment Of | Payment/Debit (-) | √T | Fee (if any) | Deposit/Credit (+) | Balance |
|---|---|---|---|---|---|---|---|---|
| | | | | | | Balance Brought Forward → | $ | 504 07 |
| | Jun 1 | Holly Sue | Tennis | 100 — | √ 7/6 | | 10000 — | |
| | | Rose Cosmo | 73k @ 7% | 421 51 | √ | | | |
| | | Karen Mildert | 83k @ 9% | 613 97 | √ 7/6 | | 335 19 | |
| | | Nicholas Cosmo | 46k @ 9% | 867 67 | √ | | | |
| | | Aline Kohler | 10,500 @ 7% | 60 41 | √ 7/10 | | 3000 — | |
| | | Leone Jordan | 21,162.50 @ 1% | 101 79 | √ | | | |
| | | Oscar Cosmo | 100k @ 9% | 739 73 | √ | | | |
| | | Clarence | Hurst | 100 — | √ | | | |
| | | Wanda Ellen Parks | 1kk @ 7% | 851 51 | √ | | | |
| | | D'Antoni Trust | 4kk @ 9% | ¢ | √ | | | |
| | | Dottie Millers | 10k @ 7% | 57 63 | √ | | | |
| | | Omaha Bank | (37k @ 8½ ÷ 12) | 273 33 | √ | | | |
| 30 | July 5 | Joan Miller | Miller Joan | 11000 — | √ 7/2 | | 3000 — | |
| 31 | July 18 | Merchandise St Bank | Rvo Delta | 2684.93 | √ 7/25 | | 45000 — | |
| | July 25 | No State | FG | 45000 — | | | | |
| 32 | July 28 | Donna   Paid in Full | Killion | 3625 79 | √ | 7/30 | 2600 — | 6461 65 |
| | | | | | | 7/31 | 339 19 | |
| | | Void Check   #5799 | | | | 7/31 | 3872 68 | 350 62 |
| | | | Bk Chg | 9 81 | | | #p 341 01 | |

| DATE | DESCRIPTION OF TRANSACTION | PURPOSE | PAYMENT/DEBIT (-) | AMOUNT DEDUCTIBLE |
|---|---|---|---|---|
| | | | $ | $ |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | TOTAL DEDUCTIBLE | |

## DESCRIPTION OF DEPOSIT

| SOURCE OF ITEM | NATURE OF ITEM | AMOUNT OF ITEM | TOTAL AMOUNT OF DEPOSIT |
|---|---|---|---|
| 1. *h_s* | | $ 2,000 – | $ |
| 2. *Girco 1st* | | 12,000 – | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

GC 000026

GC000027

| BEN | DATE | DESCRIPTION OF TRANSACTION | IN PAYMENT OF | PAYMENT/DEBIT (-) | √ | FEE (IF ANY) | DEPOSIT/CREDIT (+) | BALANCE |
|---|---|---|---|---|---|---|---|---|
| | | | | | | BALANCE BROUGHT FORWARD → | | 355 85 |
| 33 | Aug 1 | Holly Sue | Erwin | 100 – | √ | 8/1 | 2000 – | |
| 34 | 1 | Joe Cuomo | 75K @ 6¾% | 439 86 | √ | | | |
| 35 | | Karin Merkert | 83K @ 9% | 634 40 | √ | | | |
| 36 | | Nicholas Cuomo | 100K @ 9% | 917 26 | √ | | | |
| 37 | | Lucille Kohler | 10500 @ 6¾% | 60 19 | – | | | |
| 38 | | Leon Hodapp | 21167 @ 6¾% | 121 85 | | | | 87 62 |
| 39 | | Olga Cuomo | 100K @ 9% | 764 38 | | | | |
| 40 | | Clarence | Hearst | 1200 – | √ | | | |
| 41 | | Wanda Oxenfour | 149K @ 6¾% | 848 46 | √ | | | |
| 42 | | D'Antoni Trust | 49K | | | | | |
| 42 | | Dottie Makus | 10K @ 8¾% | 57 82 | √ | | | |
| 44 | | Onaga Bank | (30K @ 875+ir) | 213 33 | √ | | | |
| 45 | | Dave Dachel   Pd in Fon | Dachel | 1924 47 | √ | | | |
| 46 | | Don Keener | Keener | 4000 – | √ | | | |
| 13 | 8/3 | Pinit Thim   (Reimburse Reimb) | Thim | 2600 – | √ | 8/3 | 2000 – | 777 36 |
| | | | | | | 8/13 | 3 00 – | 479 61 |
| 47 | 8/31 | To Shirleys A/c | Per Bank | 500 / 600 – | | | | 6 20 89 |
| | | | | | | | | 3 20 |
| | | | Bk Chrg | 105 54 | | | A | < 95 69 > |

WHICH CAN BE DEDUCTED FROM INCOME SUBJECT TO TAX

| BER | DATE | DESCRIPTION OF TRANSACTION | PURPOSE | PAYMENT/DEBIT (-) | | AMOUNT DEDUCTIBLE |
|---|---|---|---|---|---|---|
| | | | | $ | | $ |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | TOTAL DEDUCTIBLE | |

DESCRIPTION OF DEPOSIT

| DATE | SOURCE OF ITEM | NATURE OF ITEM | AMOUNT OF ITEM | TOTAL AMOUNT OF DEPOSIT |
|---|---|---|---|---|
| IT 6 | G&Co - Fr Stkkeys Ac | | $ 2000 - | $ |
| F 11 | | | 4000 - | |
| | Gieger | | 339 59 | |

# 6000 - 6001
# 6002
x - Naik Fift

GC 000028

| ABER | DATE | DESCRIPTION OF TRANSACTION | IN PAYMENT OF | PAYMENT/DEBIT (-) | ✓ | FEE (IF ANY) (-) | DEPOSIT/CREDIT (+) | BALANCE |
|---|---|---|---|---|---|---|---|---|
| | | | | | | BALANCE BROUGHT FORWARD → | | 95 69 |
| 48 | Sep 1 | Holly Sve | Edwin | 150 — | | | | |
| 49 | | Joe Cuomo | 72 K @ 6¾% | 439 96 | ✓ | | | |
| 50 | | Kathryn Merkert | 83 K @ 9% | 634 44 | ✓ | | | |
| 51 | | Nicholas Cuomo | 80 K @ 9% | 917 16 | ✓ | 16 | 1000 — | |
| 52 | | Lottie Koszer | 6 5/10 @ 6½% | 68 19 | ✓ | | | |
| 53 | | Last Mo's check list  (60.19) | | Ø | | | | |
| 53 | | Frank Heaney | 21 678 @ 6¾ | 101 35 | ✓ | | | |
| 54 | | Last Mo's check list  (101.35) | | Ø | | | | |
| 54 | | Olga Cuomo | 100 K @ 9% | 764 58 | ✓ | | | |
| 55 | | Catherine Herbst | 12 Herbst | 1000 — | ✓ | | | |
| 56 | | Wanda Eaton Bell | 148 K @ 6½% | 846 46 | ✓ | | | |
| 57 | | D'Antoni Trust | | | | | | |
| 58 | | Dottie Manzels | 60 K @ 6¼% | 67 32 | ✓ | | | |
| 58 | | Contest Brook  (incl Trust co fr) | 32 K @ 6½% 11 | -213 33 | | 9/11 | 4000 — | 357 62 |
| 59 | | LMB  (did not mail) | PNTP 03755 | 225 — | | 9/11 | 539 59 | |
| 60 | | | PNTP 03779 | 260 — | | | | |
| 61 | | | PNTP 03761 | 1625 — | | | | |
| 62 | Sep 14 | IRS  (did not mail) | Sandford's | 750 — | | | | |
| 63 | | St of MN | | 225 — | | | | |
| 64 | | IRS  (from first mail) | Roback Trust | 410 | ✓ | | | |
| | | MN | | 90 | ✓ | | | |
| | | | Helene Thomas | 16 | ✓ | | | |
| | | IRS | | 800 | ✓ | | | |
| | | | Oscar Gardner | 200 | ✓ | | | |
| | | MN | | 400 | ✓ | | | |
| | | | Reg Herbst | 50 — | ✓ | | | |
| | | IRS | | 700 | ✓ | BK | | |
| | | | Wm Miller | 1500 — | ✓ | Chgs | 16 78 | 880 43 |
| | 10/12 | Transfer to Personal | | 800 — | | | | 80 43 |
| | | | Bk chgs | 18 57 | | | | 61 86 |

| NUMBER | DATE | DESCRIPTION OF TRANSACTION | PURPOSE | PAYMENT/DEBIT (-) | | AMOUNT DEDUCTIBLE |
|---|---|---|---|---|---|---|
| | | | | $ | | $ |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | TOTAL DEDUCTIBLE | |

DESCRIPTION OF DEPOSIT

| DATE | SOURCE OF ITEM | NATURE OF ITEM | AMOUNT OF ITEM | | TOTAL AMOUNT OF DEPOSIT | |
|---|---|---|---|---|---|---|
| | | | $ | | $ | |
| N 5 | First Bank Transfer | | 500 | — | | |
| | P6 | | 2300 | | 4600 | — |
| N 16 | Close US Bank (GEC A/c) | | 70 | 91 | | |
| C 4 | JW | | 2000 | — | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

GC 000030

GC000031

| REF. | DATE | DESCRIPTION OF TRANSACTION | IN PAYMENT OF | PAYMENT/DEBIT (-) | √T | FEE (IF ANY) (-) | DEPOSIT/CREDIT (+) | BALANCE |
|---|---|---|---|---|---|---|---|---|
| | | | | | | BALANCE BROUGHT FORWARD → | | 61 66 |
| | 2001 | | | | | | | |
| 64 | Nov 4 | Harry Joe | Edwin | 100 - | 9/1/5 | | 1600 - | |
| 65 | " | Joe Cosmo | 75k @ 6% | 382 19 | | | | |
| 66 | " | Kraus Market | 83k @ 6% | 424 95 | | | | |
| 67 | " | Lucille Kohler | 10,500 @ 6% | 53 50 | | | | |
| 68 | " | Leone Hodapp | 21,148 @ 6% | 107 66 | | | | |
| 69 | " | Wanda Otten Berg | 148k @ 6% | 754 19 | | | | |
| 70 | " | Dottie Maiers | 10k @ 6% | 53 95 | | | | |
| 74 | " | Onara Bank First Trust Co | | 213 33 | | | | |
| 73 | " | Olga Cosmo | 100k @ 6% | 509 58 | | | | 67 86 |
| 75 | Nov 15 | Leone Hodapp   Replacement check for # 68 | | 107 66 | 11/16 | | 70 91 | |
| | Nov 21 | US Bank | Bk Chg   Close Acct | 1 50 | | | | |
| | Nov 30 | | Bk Chg | 17 99 | | | | 7 27 |
| | Dec 1 | Harry Joe | Edwin | 100 - | | | | |
| 76 | " | Joe Cosmo | 75k @ 5.5% | 339 04 | | | | |
| 77 | " | Lucille Kohler | 10,500 @ 5.5% | 47 47 | | | | |
| 78 | " | Leone Hodapp | 21,188 @ 5.5% | 95 81 | | | | |
| 79 | " | Wanda Otten Berg | 148k @ 5.5% | 669 04 | | | | |
| 80 | " | Dottie Maiers | 10k @ 5.5% | 45 21 | | | | |
| 81 | " | Onara Bank First Trust Co | | 213 33 | | | | |
| 82 | " | Olga Cosmo | 100k @ 5.5% | 452 05 | 12/4 | | 2000 - | 45 62 |
| 83 | Dec | | | | | | | |

Hodapp            21,138.44
2 November Payments   < 107.66 >
                      21,020.78

Both Cleared

## RECORD OF TRANSACTIONS

NAME OF FINANCIAL INSTITUTION

FROM _____ 19____

TO _____ 19____

ITEMS NUMBERED

FROM NO. _____

TO NO. _____



**D** **DELUXE** CHECK PRINTERS

x 808 14 791

GC000032

DIRECT INQUIRIES TO

# Northern Star (Bank



1650 Madison Ave. • Mankato, MN 56001
(507) 387-2265

```
                                              15
                                               2
                                              19
FRANK GAZZOLA
410 JACKSON ST STE 510
MANKATO MN  56001
```

CHECKING ACCOUNT:  110000155

07/14/01 THRU 08/15/01
DOCUMENT COUNT:       21
PAGE  1

=================================================================
CHECKING ACCOUNT 110000155
=================================================================

| | | LAST STATEMENT 07/13/01 | |
|---|---|---|---|
| MINIMUM BALANCE | 866.61 | LAST STATEMENT 07/13/01 | 34,955.88 |
| AVG AVAILABLE BALANCE | 10,460.06 | 8 CREDITS | 56,700.33 |
| AVERAGE BALANCE | 10,460.06 | 24 DEBITS | 89,119.00 |
| | | THIS STATEMENT 08/15/01 | 2,537.21 |

- - - - - - - - - DEPOSITS - - - - - - - - -

| REF #.....DATE......AMOUNT | REF #.....DATE.....AMOUNT | REF #.....DATE.....AMOUNT |
|---|---|---|
| 07/25  42,710.95 | 08/01  5,859.22 | |

- - - - - - - OTHER CREDITS - - - - - - -

| DESCRIPTION | DATE | AMOUNT |
|---|---|---|
| US TREASURY 303 SOC SEC 098206991A SSA | 07/16 | 38.00 |
| GAZZOLA CHARTERED PAYROLL | 07/16 | 3,683.56 |
| Phenix Biocompos PR 072701 900000189 | 07/27 | 2,308.75 |
| US TREASURY 303 SOC SEC 098206991A SSA | 08/03 | 1,763.00 |
| Phenix Biocompos PR 081001 900000189 | 08/10 | 2,308.75 |
| INTEREST | 08/15 | 28.10 |

- - - - - - - - CHECKS - - - - - - - -

| CHECK #..DATE.....AMOUNT | CHECK #..DATE.....AMOUNT | CHECK #..DATE.....AMOUNT |
|---|---|---|
| 5459 07/18    128.48 | 5466*07/25     60.00 | 5475 08/03     81.00 |
| 5460 07/18  2,812.40 | 5468*07/24  7,891.40 | 5476 08/01  2,000.00 |
| 5461 07/19  1,000.00 | 5470 07/25  45,000.00 | 5477 08/06    103.50 |
| 5462 07/20 15,923.63 | 5471 08/01  4,971.50 | 5478 08/06    103.50 |
| 5463 07/20  3,000.00 | 5472 08/02    475.01 | 5479 08/08     26.71 |
| 5464 07/24    811.37 | 5473 07/31    301.87 | |
| 5465 07/25     60.00 | 5474 08/06    485.76 | |

(*) INDICATES A GAP IN CHECK NUMBER SEQUENCE

- - - - - - - - OTHER DEBITS - - - - - - -

| DESCRIPTION | DATE | AMOUNT |
|---|---|---|
| DDA TRANSFER TO 0110000163 | 07/16 | 1,000.00 |
| R LINE AUTOPAY AUTO PYMT 419008770323859 | 07/24 | 254.09 |
| DDA TRANSFER TO 0110000163 | 08/02 | 1,000.00 |
| PAYMENT TO CONSUMER FIXED LOAN 22990079 | 08/06 | 578.78 |
| AON INSURANCE AON 226430011 | 08/10 | 1,050.00 |

* * * C O N T I N U E D * * *

EXHIBIT C  000393

| NUMBER | DATE | DESCRIPTION OF TRANSACTION | PAYMENT/ – DEBIT (-) | ✓ T | FEE (IF ANY) (-) | DEPOSIT/ CREDIT (+) | BALANCE $ 1736 87 |
|---|---|---|---|---|---|---|---|
| 5469 | 7/21 | March of Dimes | 10 — | | | | |
| | 7/22 | Lumin Int 2-1095 | | | | 4290 95 | |
| | | Bank | | | | 1000 — | |
| | | Cash | 300 — | | | | |
| 70 | 7/25 | G&C | 4000 — | | | | 5437 02 |
| 71 | 7/25 | Loans Mortgage | 4971 50 | | | | |
| | 7/27 | Delux Saz | | | | 308 75 | 774 27 |
| | | | | | | | |
| 72 | 7/29 | MGC | 475 01 | | | | |
| 73 | " | Seabury & Smith | 300 87 | | | | |
| | | 635 Life Ins | | | | | |
| 74 | 8/1 | Mana Amer | 485 76 | | | | |
| 75 | 7/2 | Norman Hansen | 87 — | | | | |
| — | 8/1 | Dailey | 1000 — | | | | |
| | 8/1 | CMD Saz | | | | 2683 56 | |
| | | Exp Gund | | | | 175 66 | 2289 85 |
| 76 | " | G&Co | 2000 — | | | | 289 55 |

000411

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MINNESOTA

\---------------------------------------------

BKY No. 01-34638

In re:

Frank Louis Gazzola and Shirley Ann
Gazzola,
       Debtors.

**UNSWORN CERTIFICATE OF SERVICE**

\---------------------------------------------

    I, Kari L. Fogarty, declare under penalty of perjury that on February _11_, 2002, I mailed a copy of the following documents:

    1.    Notice of Hearing and Motion for Turnover of Property; and

    2.    Order (proposed)

by first class mail, postage prepaid to each entity named below at the address stated below for each entity:

Frank Louis Gazzola
1700 Mary Lane
North Mankato, MN 56003

Shirley Ann Gazzola
1700 Mary Lane
North Mankato, MN 56003

Michael J. Iannacone
Iannacone Law Office
444 Cedar Street, Suite 575
St. Paul, MN 55101-2133

Office of the United States Trustee
1015 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415

Jonathan S. Parritz
Maslon, Edelman, Borman & Brand
3300 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402-4140

Charles W. Ries
Maschka Riedy & Ries
P.O. Box 7
Mankato, MN 56002-0007

Ralph V. Mitchell
Duckson, Carlson, Bassinger & Mitchell
2100 Metropolitan Centre
333 South Seventh Street
Minneapolis, MN 55402

Steve Anderson
Ruder Ware & Michler
P.O. Box 8050
Wausau, WI 54402-8050



Randall C. Berkland
Blethen, Gage & Krause, PLLP
P.O. Box 3049
Mankato, MN 56002-3049

Jeff C. Braegelmann
Gislason & Hunter, LLP
P.O. Box 458
New Ulm, MN 56073-0458

James J. Dailey
Dailey Law Office
101 East Hickory
3 Civic Center Plaza #400
Mankato, MN 56001-7791

**FULLER, SEAVER & RAMETTE, P.A.**

Dated: February ___, 2002

By: _____
    Kari L. Fogarty
    Legal Secretary
    12400 Portland Avenue South, Suite 132
    Burnsville, MN 55337
    (952) 890-0888

## UNITED STATES BANKRUPTCY COURT — DISTRICT OF MINNESOTA
## LOCAL ADVERSARY PROCEEDING COVER SHEET

**ADVERSARY PROCEEDING NUMBER (COURT USE ONLY)**

| **PLAINTIFFS (Name and address)** | **DEFENDANTS (Name and address)** |
|---|---|
| Randall L. Seaver, Trustee<br>12400 Portland Avenue South, Suite 132<br>Burnsville, MN 55337 | Frank Louis Gazzola<br>1700 Mary Lane<br>North Mankato, MN 56003 |
| **ATTORNEYS (Name, firm name, address, telephone)**<br><br>Randall L. Seaver<br>Fuller, Seaver & Ramette, P.A.<br>12400 Portland Avenue South, Suite 132<br>Burnsville, MN 55337<br>(952) 890-0888 | **ATTORNEYS (Name, firm name, address, telephone)**<br><br>Michael J. Iannacone<br>Iannacone Law Office<br>444 Cedar Street, Suite 575<br>St. Paul, MN 55101-2133 |

**PARTY** (Check one box only)  ☐ 1 U.S. PLAINTIFF   ☐ 2 U.S. DEFENDANT   ☒ 3 U.S. NOT A PARTY

**NATURE OF SUIT (Check ALL appropriate boxes.)**

☐ **426 Complaint to determine dischargeability of <u>one</u> debt under § 523.**
☐ **459 Notice Of Removal to remove this action to the Bankruptcy Court under § 1452.**
☒ **424 Complaint to deny or revoke a discharge of <u>all</u> debts of the debtor under § 727.**

| | | |
|---|---|---|
| ☐ 454 Recover Money or Property | ☐ 458 Sale of co-owner's interest | ☐ 435 Determine Validity, Priority, or Extent of a Lien |
| ☐ 434 Obtain an injunction | ☐ 456 Declaratory judgment | ☐ 457 Subordinate allowed claim |

☐ 455 Revoke confirmation of a Plan
☐ 498 Other (specify)

**CAUSE OF ACTION** (IF UNCERTAIN ABOUT WHICH BOX TO CHECK, BRIEFLY STATE THE CAUSE OF ACTION AND THE STATUTE INVOLVED.)

| **ORIGIN OF PROCEEDINGS** | ☒ 1 Original Proceeding | ☐ 2 Removed Proceeding | ☐ 3 Reinstated or Reopened | ☐ 4 Transferred from Another Bankruptcy Court | ☐ CHECK IF THIS IS A CLASS ACTION |
|---|---|---|---|---|---|
| **DEMAND** | $ | OTHER RELIEF SOUGHT | | | ☐ JURY DEMAND |

| **BANKRUPTCY CASE NUMBER** 01-34638 | **DEBTOR** Frank & Shirley Gazzola |
|---|---|
| **DISTRICT AND DIVISION IN WHICH CASE IS PENDING** Third Minnesota | **NAME OF JUDGE** O'Brien |

**RELATED ADVERSARY PROCEEDING (IF ANY)**

| **PLAINTIFF** | **DEFENDANT** | **ADVERSARY PROCEEDING NUMBER** |
|---|---|---|
| **DISTRICT** | **DIVISIONAL OFFICE** | **NAME OF JUDGE** |
| **FILING FEE** (Check one box only) | ☒ FEE ATTACHED | ☐ FEE NOT REQUIRED   ☐ FEE DEFERRED |

| **DATE** 2-19-02 | **PRINT NAME** Randall L. Seaver | **SIGNATURE OF ATTORNEY (OR PLAINTIFF)** |
|---|---|---|