# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MINNESOTA

-------------------------------------------------------

In re:

Frank Louis Gazzola and Shirley Ann
Gazzola,

              Debtors.

-------------------------------------------------------

Randall L. Seaver, Trustee,

            Plaintiff,

vs.

Frank Louis Gazzola,

            Defendant.

-------------------------------------------------------

BKY No. 01-34638
ADV No. 02-3046

**STIPULATION**

       The Plaintiff and the Defendant hereby stipulate and agree to entry of an Order denying the Defendant's discharge under 11 U.S.C. §727, and request that the court enter such an Order in the form attached hereto as Exhibit A.

**FULLER, SEAVER & RAMETTE, P.A.**

Dated: October 8, 2002

By: /s/ Randall L. Seaver
    Randall L. Seaver      152882
    12400 Portland Avenue South, Suite 132
    Burnsville, MN 55337
    (952) 890-0888

    Attorneys for Plaintiff

**IANNACONE LAW OFFICE**

Dated: October 7, 2002                    By: /s/ Michael J. Iannacone
                                          Michael J. Iannacone
                                          444 Cedar Street, Suite 575
                                          St. Paul, MN 55101-2133
                                          (651)

                                          Attorneys for Defendant

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MINNESOTA

------------------------------------------------------

BKY No. 01-34638
ADV No. 02-3046

In re:

Frank Louis Gazzola and Shirley Ann
Gazzola,

                Debtors.

------------------------------------------------------

Randall L. Seaver, Trustee,

                Plaintiff,

vs.                                              **ORDER**

Frank Louis Gazzola,

                Defendant.

------------------------------------------------------

At St. Paul, Minnesota, the above-entitled matter came before the undersigned on the Stipulation of the parties for entry of an Order denying the discharge of Frank Louis Gazzola. Based upon the stipulation and all the files, records and proceedings herein,

IT IS HEREBY ORDERED that judgment be entered in favor of the Plaintiff and against the Defendant denying the Defendant his discharge in this bankruptcy case pursuant to §727 of the Bankruptcy Code.

LET JUDGMENT BE ENTERED ACCORDINGLY.

**BY THE COURT:**

Dated: _____, 2002      _____

                                        Dennis D. O'Brien
                                        U.S. Bankruptcy Judge

**EXHIBIT A**

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MINNESOTA

---------------------------------------------------

In re:

Frank Louis Gazzola and Shirley Ann
Gazzola,

             Debtors.

---------------------------------------------------

Randall L. Seaver, Trustee,

             Plaintiff,

vs.

Frank Louis Gazzola,

             Defendant.

---------------------------------------------------

BKY No. 01-34638
ADV No. 02-3046

**ORDER**

At St. Paul, Minnesota, the above-entitled matter came before the undersigned on the Stipulation of the parties for entry of an Order denying the discharge of Frank Louis Gazzola. Based upon the stipulation and all the files, records and proceedings herein,

IT IS HEREBY ORDERED that judgment be entered in favor of the Plaintiff and against the Defendant denying the Defendant his discharge in this bankruptcy case pursuant to §727 of the Bankruptcy Code.

LET JUDGMENT BE ENTERED ACCORDINGLY.

                              **BY THE COURT:**

Dated: _____, 2002       _____

                              Dennis D. O'Brien
                              U.S. Bankruptcy Judge